

1  SEAN REIS (SBN 184044)
   sreis@edelson.com
2  EDELSON MCGUIRE LLP
   30021 Tomas Street, Suite 300
3  Rancho Santa Margarita, California 92688
   Tel: (949) 459-2124
4  Fax: (949) 459-2123

5  *Counsel for Plaintiff and the Putative Class*

6  *Additional counsel for Plaintiff appear on signature page

```
            FILED
    CLERK, U.S. DISTRICT COURT

        AUG 17 2012

  CENTRAL DISTRICT OF CALIFORNIA
  BY                      DEPUTY
```

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                   WESTERN DIVISION

| | |
|---|---|
| 10  BRIAN KING, individually and on behalf of all others similarly 11  situated, | Case No. 12-CV-00719-GHK |
| 12              Plaintiff, | **FIRST AMENDED CLASS ACTION COMPLAINT FOR:** |
| 13  v. | **(1)  Violations of Cal. Civ. Code § 1798.83** |
| 14  CONDE NAST PUBLICATIONS, a Delaware corporation, | **(2)  Violations of Cal. Bus. & Prof. Code §§ 17200, *et seq.*** |
| 15 | |
| 16              Defendant. | **DEMAND FOR JURY TRIAL** |
| 17 | **CLASS ACTION** |

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED CLASS ACTION COMPLAINT

Plaintiff, Brian King ("Plaintiff"), by and through his attorneys, upon personal knowledge as to himself and his own acts, and upon information and belief as to all other matters, complains and alleges as follows:

## NATURE OF THE ACTION

1.     In 2003, the California Legislature passed the Shine the Light Law, Cal. Civ. Code § 1798.83 (the "Shine the Light Law" or the "Act"), to protect consumers from companies that collect and surreptitiously share their sensitive personal information with third parties. In support of the bill, its author, Senator Liz Figueroa, aptly commented:

> [s]ecret direct marketing "profiles" of consumers are being exchanged every hour invisibly and routinely by the companies with which they do business. Not only are consumers powerless to stop such invasions of privacy, they do not even know whether and to what extent it is taking place.[1]

2.     The Act empowers consumers to "shine the light" on companies' data sharing methods by requiring businesses to establish a procedure by which customers can receive an explanation of how their personal information is disclosed to third parties (the "Shine the Light Disclosures" or "Disclosures").

3.     Businesses governed by the Act are required to: (1) designate a dedicated mailing address (physical or electronic) or phone/facsimile number where customers can request the company's Shine the Light Disclosures, and (2) ensure that interested customers can readily make such requests or otherwise obtain the Disclosures.

4.     Shine the Light Disclosures are necessary because without knowledge of companies' data sharing practices, consumers cannot make informed decisions about which businesses they should entrust with their personal information:

---

[1]     California Senate Judiciary Committee, SB 27 Bill Analysis, Sept. 16, 2003, *available at* ftp://leginfo.public.ca.gov/pub/03-04/bill/sen/sb_0001-0050/sb_27_cfa_20030909_124700_sen_floor.html (last visited Aug. 16, 2012).

> Because privacy is, by definition, so intensely personal, for a consumer to make a rational and informed and personal choice to opt-in, opt-out, or simply take their business elsewhere, the consumer must know the "who, what, where and when" of how a business handles personal information.[2]

5.     While traditional businesses may display or otherwise make Shine the Light Disclosures available at their physical storefront locations, the Act requires companies with no "brick and mortar" locations to either provide the Shine the Light Disclosures on their websites or to train their managers and employees to notify customers of the addresses and phone numbers where the Shine the Light Disclosures can be obtained.

6.     Defendant Condé Nast Publications ("Condé Nast")—a publishing company with no "brick and mortar" storefronts—owns and operates various internet websites, such as www.condenast.com and www.wired.com. Condé Nast publishes over thirty (30) magazines.

7.     Condé Nast collects and stores a wealth of information about its subscribers, and shares such data with third parties for direct marketing purposes.

8.     Despite the fact that Condé Nast profits by sharing its users' personal information, it intentionally keeps its users in the dark on its information sharing practices by failing to make the Shine the Light Disclosures on its website.

9.     As a result, Condé Nast violates the Shine the Light Law by willfully denying its users an opportunity to exercise their legally proscribed rights under the Act, and thereby denying its subscribers the full benefits of their subscriptions. Plaintiff and the Class are thus entitled to civil penalties of up to five hundred dollars ($500.00) or three thousand dollars ($3,000.00) per violation (depending on a finding of willfulness) pursuant to Cal. Civ. Code § 1798.84(c).

---

[2]     *Supra,* n.1, at 4-5.

**PARTIES**

10.     Plaintiff, Brian King, is a natural person domiciled in the State of California.

11.     Defendant, Condé Nast Publications, is a Delaware corporation with its principal place of business at 4 Times Square, New York, New York, 10036. Condé Nast does business throughout New York, California and the United States.

**JURISDICTION AND VENUE**

12.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(d) because (a) at least one member of the putative class is a citizen of a state different from Condé Nast, (b) the amount in controversy exceeds $5,000,000, exclusive of interest and costs, and (c) none of the exceptions under that subsection apply to this action.

13.     This Court has personal jurisdiction over Condé Nast because the improper conduct alleged in the Complaint occurred in, was directed to, and/or emanated from California.

14.     Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claim occurred in this District, and because Plaintiff resides in this District.

**FACTUAL BACKGROUND**

**I.      The Personal Information Market: Consumer Data Has Monetary Value**

15.     In 2001, Federal Trade Commission ("FTC") Commissioner Orson Swindle recognized that "the digital revolution … has given an enormous capacity to the acts of collecting and transmitting and flowing of information, unlike

anything we've ever seen in our life … [and] individuals are concerned about being defined by the existing data on themselves."[3]

16.     More than a decade later, Commissioner Swindle's comments ring truer than ever, as consumer data feeds an information marketplace that supports a $26 billion dollar per year online advertising industry in the United States.[4]

17.     The FTC has also recognized that consumer data possesses inherent monetary value within the new information marketplace:

> Most consumers cannot begin to comprehend the types and amount of information collected by businesses, or why their information may be commercially valuable. *Data is currency. The larger the data set, the greater potential for analysis—and profit.*[5]

18.     In today's digital marketplace, consumers engage in *quid pro quo* transactions with online businesses whereby individuals exchange personal information for services.

19.     It is now a nearly ubiquitous practice for online companies that collect consumer information—such as, names, addresses, occupations, political and religious affiliations, sexual orientation, education, and cultural interests—to share such data, for a profit, with numerous third party marketers without any input from, or disclosure to, the source consumer.

20.     In fact, consumers' personal information has become such a valuable commodity that companies now offer individuals the opportunity to sell their

---

[3]     The Information Marketplace, Merging and Exchanging Consumer Data, http://www.ftc.gov/bcp/workshops/infomktplace/transcript.htm (last visited Aug. 16, 2012).

[4]     *See.* Web's Hot New Commodity: Privacy, http:// http://online.wsj.com/article/SB 10001424052748703529004576160764 0379 (last visited Aug. 16, 2012).

[5]     Statement of FTC Commissioner Pamela Jones Harbour, http://www.ftc.gov/ speeches/harbour/091207privacyroundtable.pdf (last visited Aug. 16, 2012) (emphasis added).

personal information themselves.[6] In this way, consumers are becoming more empowered to direct where their personal information is shared, and to directly profit from their own data.

21.    Because Condé Nast deprives its users the ability to control the dissemination of their personal information—by denying them the ability to ascertain where such data is flowing—Condé Nast has deprived them of benefits to which they are entitled as part of their paid subscriptions and diluted the value of its customers' property as it exists in the personal information market.

## II.    California's Shine the Light Law

22.    The Shine the Light Law was enacted because while "transparency is the touchstone of consumer confidence in information handling . . . by and large, consumers are not aware of the extent to which their personal information is sold."[7] Thus, the Act is designed to "shine the light" on how businesses share and profit from their customers' personal information.

23.    As such, under the Act, customers may request, and companies doing business in California must provide, a list of all categories of personal information disclosed by the business within the preceding year, as well as the names and addresses of the companies receiving that information. Cal. Civ. Code § 1798.83(a).

24.    In the alternative, companies that adopt and disclose in their privacy policy a policy of not disclosing personal information if the customer opts-out may respond to customer requests for information by informing the customer about the

---

[6]    "You Want My Personal Data? Reward Me for It," http://www.nytimes.com/2010/07/18/business/18unboxed.html (last visited December 19, 2011).

[7]    *See*, CALIFORNIA SENATE JUDICIARY COMMITTEE, SB 27 BILL ANALYSIS, Sept. 16, 2003, *available at* http://info.sen.ca.gov/pub/03-04/bill/sen/sb_0001-0050/sb_27_cfa_20030916_115403_sen_comm.html (last visited December 19, 2011).

right to opt-out and providing the customer with a cost-free means to exercise that right instead of disclosing to the customer the parties it shares information with and the type of information shared. Cal. Civ. Code § 1798.83(c)(2).

25.    To facilitate such requests, the Act requires businesses to "designate a mailing address, electronic mail address, or, if the business chooses to receive requests by telephone or facsimile, a toll-free telephone or facsimile number, to which customers may deliver requests" to discover how their personal information is being shared with third parties. Cal. Civ. Code § 1798.83(b)(1).

26.    The term "personal information" is broadly defined under the Act, and includes, but is not limited to, an individual's:

> (A) name and address; (B) electronic mail address; (C) age or date of birth; (D) names of children; (E) electronic mail or other addresses of children; (F) number of children; (G) age or gender of children; (H) height; (I) weight; (J) race; (K) religion; (L) occupation; (M) telephone number; (N) education; (O) political party affiliation; (P) medical condition; (Q) drugs, therapies, or medical products or equipment used; (R) the kind of product the customer purchased, leased, or rented; (S) real property purchased, leased, or rented; (T) the kind of service provided; (U) social security number; (V) bank account number; (W) credit card number; (X) debit card number; (Y) bank or investment account, debit card, or credit card balance; (Z) payment history; and (AA) information pertaining to the customer's creditworthiness, assets, income, or liabilities.

Cal. Civ. Code § 1798.83(e)(7).

27.    In addition to designating an address, email address, telephone number, or facsimile number, businesses must comply with one of three notice provisions. *See* Cal. Civ. Code § 1798.83(b)(1).

28.    One notice option—§ 1798.83(b)(1)(C)—exclusively applies to businesses that, unlike Condé Nast, maintain a "brick and mortar" location in the State of California.

29.    In cases where a business has "employees who regularly have contact with customers," a business may:

Notify all agents and managers who directly supervise employees who

> regularly have contact with customers of the designated address or numbers or the means to obtain those addresses or numbers and instruct those employees that customers who inquire about the business's privacy practices or the business's compliance with this section shall be informed of the designated addresses or numbers or the means to obtain the addresses or numbers.

Cal. Civ. Code § 1798.83(b)(1)(A).

30.     Finally, an Internet business with no "brick and mortar" locations may comply with the Act by adhering to the following provision:

> Add to the home page of its Web site a link either to a page titled "Your Privacy Rights" or add the words "Your Privacy Rights" to the home page's link to the business's privacy policy … The first page of the link shall describe a customer's rights pursuant to this section and shall provide the designated mailing address, e-mail address, as required, or toll-free telephone number or facsimile number, as appropriate.

Cal. Civ. Code § 1798.83(b)(1)(B).

31.     In short, the Act affords California citizens the right to discover whether businesses are sharing their personal information, and if so, which companies or organizations they are sharing such data with.

## III.   Condé Nast Willfully Violates California's Shine the Light Law

32.     Condé Nast publishes magazines for circulation and also operates websites for thirty (30) magazines, including Vogue, Self, GQ, Golf Digest, The New Yorker, and Vanity Fair.

33.     In order to subscribe to one of its magazines, consumers are required to provide Condé Nast with certain personal information, including, *inter alia*, their name and address, e-mail address, telephone number, gender, date of birth, and credit card or debit card number.

34.     Condé Nast maintains this data on its servers.

35.     Condé Nast also shares its subscribers' personal information, including their names, addresses, e-mail addresses, gender, and dates of birth with third party direct marketing companies for direct marketing purposes.

36.    Despite the fact that Condé Nast shares information about its users with third parties for direct marketing purposes, it fails to provide its customers with the Shine the Light Disclosures, or the means through which its customers may obtain the Disclosures, as required by the Act.

37.    Only *after* King filed his Complaint did Condé Nast amend its online privacy policy in an attempt to comply with the Shine the Light law by including a new section entitled "Your California Privacy Rights" which purports to describe customers' rights under the Act, describe its opt-out policy, and provide customers a means to exercise that policy. (*See* Condé Nast's Privacy Policy dated March 21, 2012, attached hereto as Exhibit A.)

38.    As such, Condé Nast chose to deny California customers their legal right to learn what personal information is being disclosed, who is receiving it, and other legal protections afforded under the Act. Therefore, Condé Nast's California subscribers did not receive the full set of benefits to which they were entitled under their paid subscriptions and California law.

39.    Accordingly, Condé Nast has caused economic harm to Plaintiff and the Class through its intentional violations of California's Shine the Light Law, and is liable, depending on a finding of willfulness, for either civil penalties up to five hundred dollars ($500.00) or three thousand dollars ($3,000.00) per violation pursuant to Cal. Civ. Code § 1798.84(c).

## IV.    Facts Relating to Plaintiff Brian King

40.    Plaintiff Brian King is a natural person domiciled in the State of California.

41.    On or around April 28, 2010, Plaintiff signed up for a one (1) year subscription of WIRED—a magazine owned, operated, and published by Condé Nast.

42.     At the time that Plaintiff signed up for his subscription, he provided personal information to Condé Nast, including, *inter alia*, his full name, mailing address, e-mail address, ZIP code, telephone number, gender, birth date, and credit card information.

43.     Plaintiff has visited both www.condenast.com and www.wired.com. At all relevant times, Plaintiff used Condé Nast primarily for personal, family, and household purposes.

## CLASS ALLEGATIONS

44.     **Definition of the Class:** Plaintiff Brian King brings this action pursuant to California Code of Civil Procedure § 382 on behalf of himself and a Class of similarly situated individuals, defined as follows:

> All California residents who have provided personal information to Condé Nast.

Excluded from the Class are (1) Defendant, Defendant's agents, subsidiaries, parents, successors, predecessors, and any entity in which the Defendant or their parents have a controlling interest and their current and former employees, officers, and directors, (2) the Judge or Magistrate Judge to whom this case is assigned and the Judge's or Magistrate Judge's immediate family, (3) persons who execute and file a request for exclusion, (4) the legal representatives, successors, or assigns of any such excluded person, and (5) all persons who have previously had claims similar to those alleged herein finally adjudicated or who have released their claims against Defendant.

45.     **Numerosity:** The exact number of the members of the Class is unknown and is not available to Plaintiff, but the Class is believed to consist of millions of individuals. Thus, individual joinder in this case is impracticable. Class members can be easily identified through Defendant's records.

46.     **Commonality and Predominance:** There are many questions of law and fact common to the claims of Plaintiff and the other members of the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include but are not limited to the following:

(a)     Whether the Class members are "customers" of Defendant, as that term is defined by Cal. Civ. Code § 1798.83(e)(1);

(b)     Whether each Class member had an "established business relationship" with Defendant, as that term is defined by Cal. Civ. Code § 1798.83(e)(5);

(c)     Whether Defendant made the Shine the Light Disclosures required by Cal. Civ. Code § 1798.83(b)(1)(B);

(d)     Whether Defendant's website violated Civ. Code § 1798.83(b)(1)(B);

(e)     Whether Defendant has employees who regularly have contact with customers, as defined by Cal. Civ. Code § 1798.83(e)(4);

(f)     Whether Defendant otherwise complied with the requirements of Cal. Civ. Code § 1798.83(b)(1);

(g)     Whether Defendant's failure to meet the notice requirements of § 1798.83(b)(1)(B) constitutes a violation of § 1798.83;

(h)     Whether Defendant's conduct constituted a willful, intentional, or reckless violation of § 1798.83;

(i)     Whether Plaintiff and the Class are entitled to civil penalties under Cal. Civ. Code § 1798.84(c); and

(j)     Whether Plaintiff and the Class are entitled to injunctive relief under Cal. Civ. Code § 1798.84(e).

47.     **Typicality:** The factual and legal bases of Condé Nast's liability to Plaintiff and to the other members of the Class are the same and resulted in injury to Plaintiff and all of the other members of the Class. Plaintiff and the other members of the Class have all suffered harm as a result of Condé Nast's wrongful conduct.

48.     **Adequate Representation:** Plaintiff will fairly and adequately represent and protect the interests of the Class members, and have retained counsel competent and experienced in complex class actions. Plaintiff has no interest antagonistic to those of the Class and Defendant has no defenses unique to Plaintiff.

49.     **Predominance and Superiority:** This class action is appropriate for certification because class proceedings are superior to all other available methods for the fair and efficient adjudication of this controversy and joinder of all members of the Class is impracticable. The damages suffered by the individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's wrongful conduct. Thus, it would be virtually impossible for the individual members of the Class to obtain effective relief for Defendant's misconduct. Even if each member of the Class could sustain such individual litigation, it would not be preferable to a class action because individual litigation would increase the delay and expenses to all parties due to the complex legal and factual controversies presented in this Complaint. By contrast, a class action presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court. Economies of time, effort, and expense will be fostered and uniformity of decisions will be ensured.

50.     **Policies Generally Applicable to the Class:** This class action is also appropriate for certification because Defendant has acted or refused to act on grounds generally applicable to the Class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the Class as a whole. The policies of the Defendant challenged herein apply to and affect all members of the Class uniformly, and Plaintiff's challenge of these policies hinges on Defendant's conduct, not on facts or law applicable only to Plaintiff.

**FIRST CAUSE OF ACTION**
**Violations of California's Shine the Light Law**
**(Cal. Civ. Code § 1798.83)**
**(On behalf of Plaintiff and the Class)**

51.     Plaintiff incorporates the foregoing allegations as if fully set forth herein.

52.     Condé Nast is a "business required to comply with [Section 1798.83]" ("covered business") and none of the exceptions in Sections 1798.83 or 1798.84 apply. *See* Cal. Civ. Code § 1798.83(b)(1).

53.     Condé Nast shares its customers' personal information with third parties for direct marketing purposes.

54.     Plaintiff and the Class are "customers" of Condé Nast, as that term is defined by Cal. Civ. Code § 1798.83(e)(1).

55.     Plaintiff and the Class are engaged in an ongoing "established business relationship" with Condé Nast as that term is defined by Cal. Civ. Code § 1798.83(e)(5).

56.     As a covered business, Condé Nast is required to comply with § 1798.83(b).

57.     Contrary to the requirements of § 1798.83(b)(1), Condé Nast did not designate a mailing address, email address, toll-free telephone number, or facsimile

number where Plaintiff and the Class members can direct their requests for information pursuant to § 1798.83(a) and (c)(2).

58.     Condé Nast also failed to comply with any of the three notice requirements described in § 1798.83(b)(1)(A) – (C).

59.     On information and belief, Condé Nast, as a primarily Internet based organization, has not complied with § 1798.83(b)(1)(A) by notifying its agents and managers who directly supervise such employees who regularly have contact with customers of a designated address or number where customers can submit Shine the Light requests or the means to obtain the addresses or numbers and instruct those employees that customers who inquire about the business's privacy practices or the business's compliance with the Shine the Light Law shall be informed of the designated addresses or numbers or the means to obtain the addresses or numbers.

60.     Further, Condé Nast does not conduct business through "brick and mortar" stores in California and therefore cannot and has not complied with the notice option set forth in § 1798.83(b)(1)(C).

61.     Finally, despite the fact that Condé Nast is a primarily Internet-based organization, which owns and operates www.condenast.com and www.wired.com, Condé Nast failed to provide Plaintiff or the Class with disclosures via its online privacy policy as required by § 1798.83(b)(1)(B).

62.     Condé Nast willfully violated § 1798.83(b)(1) by, among other things, (i) failing to add a hyperlink entitled "Your Privacy Rights" or "Your California Privacy Rights" to its home page, (ii) failing to add a hyperlink to a page titled "Your Privacy Rights," (iii) failing to designate a mailing address, email address, telephone number, or facsimile number for customers to deliver requests, and/or (iv) failing to describe its California customers' rights under the Shine the Light Law. *See* § 1798.83(b)(1)(B). (True and accurate copies of Condé Nast's home

1  page and privacy policy as of the date the original Complaint was filed on

2  December 22, 2011 are attached as Exhibits B and C, respectively.)

3      63.    Under the Act, regardless of whether customers lodge a request for

4  information, Condé Nast customers are entitled to receive certain affirmative

5  disclosures, including a mailing address, email address, telephone number, or

6  facsimile number where customers can direct their requests for Shine the Light

7  disclosures.

8      64.    Condé Nast's failure to comply with § 1798.83(b), including its

9  failure to post required information on its website, deprived customers of this

10 information to which they are statutorily entitled.

11     65.    Because Plaintiff and the Class are "customers" engaged in an

12 "established business relationship" with Condé Nast, and because Condé Nast

13 deprived them of rights to which they were statutorily entitled under § 1798.83(b),

14 Condé Nast has directly and proximately caused Plaintiff and the Class to suffer

15 injury.

16     66.    By failing to "designate" a mailing address, email address, toll-free

17 telephone number, or facsimile number where customers can direct their requests

18 for information (as required by § 1798.83(b)(1)) or "disclose" the designated

19 contact information (as required by § 1798.83(b)(1)(A) – (C)), Condé Nast

20 deprived Plaintiff and the Class of their statutorily-guaranteed rights to: (i) inquire

21 about and receive a detailed response explaining Condé Nast's information sharing

22 practices (i.e., by identifying what categories of information are disclosed and to

23 whom), (ii) make informed decisions about their privacy and personal information,

24 and (iii) monitor and control the disclosure and use of their personal information.

25 Accordingly, Plaintiff and the Class have suffered a deprivation of their privacy

26 rights under the Shine the Light Law.

27

28

67.     Plaintiff's and the Class's personal information has monetary value and can be sold for a profit or exchanged for services. Condé Nast's failure to comply with § 1798.83(b)(1) diluted the value of Plaintiff's personal information because he was deprived of the opportunity to sell his personal information for financial gain. Accordingly, Plaintiff and the Class have sustained, and continue to sustain, monetary injuries as a direct and proximate cause of Condé Nast's violations of § 1798.83(b).

68.     Finally, because Defendant did not provide legally required privacy disclosures under § 1798.83(b)(1), Plaintiff and the Class did not receive the full value of the services paid for. Accordingly, Condé Nast's failure to provide § 1798.83(b)(1) disclosures deprived Plaintiff and the Class of value and caused them economic harm.

69.     Accordingly, Plaintiff and the Class are entitled to civil penalties pursuant to Cal. Civ. Code § 1798.84(c).

70.     Further, the Court should enjoin Defendant's unlawful conduct pursuant to Cal. Civ. Code § 1798.84(e).

## SECOND CAUSE OF ACTION
### Violation of California's Unfair Competition Law
### Cal. Bus. & Prof. Code §§ 17200, *et seq.*
### (On Behalf of Plaintiff and the Class)

71.     Plaintiff incorporates the foregoing allegations as if fully set forth herein.

72.     California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200, *et seq.*, protects both consumers and competitors by promoting fair competition in commercial markets for goods and services.

73.     The UCL prohibits any unlawful, unfair or fraudulent business act or practice.

74. As discussed above, Condé Nast has violated the unlawful prong of the UCL in that its conduct violated the Shine the Light Law, Cal. Civ. Code § 1798.83.

75. Plaintiff's and the Class's personal information has monetary value, and Condé Nast's failure to comply with Cal. Civ. Code § 1798.83(b) deprives Plaintiff and the Class of their statutorily-guaranteed right to monitor and control the disclosure and use of that data. As such, Condé Nast has diluted the value of Plaintiff's and the Class's personal property, and deprived them of the opportunity to sell their personal property for their own financial gain. Accordingly, Plaintiff and the Class have sustained, and continue to sustain, monetary injuries as a direct and proximate cause of Condé Nast's violation of § 1798.83.

76. Further, by denying Plaintiff and the Class the disclosures to which they are entitled under § 1798.83(b)(1), Condé Nast has deprived Plaintiff and the Class of benefits to which they were entitled by law. Because Plaintiff and the Class paid for Condé Nast's services, and Condé Nast failed to provide the full scope of benefits to which Plaintiff and the Class were entitled, Condé Nast's failure to comply with § 1798.83 has directly and proximately caused Plaintiff and the Class actual economic damages.

77. Additionally, by failing to provide Plaintiff and the Class with the required disclosures, Condé Nast denied Plaintiff and the Class their statutorily-guaranteed right to control the use and disclosure of their personal information. Because Plaintiff and the Class paid for Condé Nast's services, and consumers— including Plaintiff and the Class—ascribe monetary value to control of their personal information, Plaintiff and the Class did not receive the full value of the services paid for. Accordingly, Condé Nast's failure to provide the disclosures

required by § 1798.83(b)(1) deprived Plaintiff and the Class of value and caused them economic damage.

78.     Pursuant to Cal. Bus. & Prof. Code § 17203, Plaintiff, on his own behalf and on behalf of the Class, seeks an order requiring Condé Nast to (1) immediately cease the unlawful practices described herein; (2) make full restitution of all funds wrongfully obtained by sharing and/or selling Plaintiff's and the Class's personal information; and (3) pay interest, attorney's fees, and costs pursuant to Cal. Code Civ. Proc. § 1021.5.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Brian King, individually and on behalf of the Class, prays for the following relief:

A.     Certify the Class as defined above, appoint Plaintiff as Class representative, and designate his counsel as Class Counsel;

B.     Declare that Defendant's actions, as described herein, violate California's Shine the Light Law, Cal. Civ. Code § 1798.83, and the Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*;

C.     Award injunctive relief pursuant to Cal. Civ. Code § 1798.84(e) as is necessary to protect the interests of the Class, including, *inter alia*, entering an Order: (i) enjoining Defendant from engaging in the wrongful and unlawful acts described herein; and (ii) requiring Defendant to comply with Cal. Civ. Code § 1798.83(b)(1)(B);

D.     Award civil penalties of three thousand dollars ($3,000.00) per willful, intentional, or reckless violation of Cal. Civ. Code § 1798.83, or five hundred dollars ($500.00) per non-willful, non-intentional, and non-reckless violation, to Plaintiff and the Class pursuant to Cal. Civ. Code § 1798.84(c);

1        E.    Award damages, including actual damages pursuant to Cal. Civ. Code

2    § 1798.84(b);

3        F.    Award Plaintiff and the Class their reasonable litigation expenses and

4    attorneys' fees pursuant to Cal. Civ. Code § 1798.84(g) and Cal. Code Civ. Proc. §

5    1021.5;

6        G.    Award Plaintiff and the Class pre- and post-judgment interest, to the

7    extent allowable; and

8        H.    Award such other and further relief as equity and justice may require.

9                                        **JURY TRIAL**

10       Plaintiff demands a trial by jury for all issues so triable.

11

12   Dated:  August 17, 2012                        Respectfully submitted,

13                                         **BRIAN KING**, individually and

14                                         on behalf of all others similarly
     situated,

15

16                          By:_____
                                   One of Plaintiff's attorney's

17   SEAN P. REIS (SBN 184044)
     sreis@edelson.com

18   EDELSON MCGUIRE, LLP
     30021 Tomas Street, Suite 300

19   Rancho Santa Margarita, California 92688
     Telephone: (949) 459-2124

20   Facsimile: (949) 459-2123

21   Ari Scharg (*Pro Hac Vice*)
     ascharg@edelson.com

22   Megan Pekala (*Pro Hac Vice*)
     mpekala@edelson.com

23   EDELSON MCGUIRE LLC
     350 North LaSalle Street, Suite 1300

24   Chicago, Illinois 60654
     Tel: (312) 589-6370

25   Fax: (312) 589-6378

26

27

28   _____

## CERTIFICATE OF SERVICE

I, Sean P. Reis, an attorney, certify that on August 17, 2012, I served the above and foregoing *First Amended Class Action Complaint* by causing true and accurate copies of such paper to be sent via U.S. mail and email to:

Michael G Rhodes
COOLEY LLP
101 California Street 5th Floor
San Francisco, CA 94111
mrhodes@cooley.com

Michelle C. Doolin
Darcie A. Tilly
Erin E. Goodsell
COOLEY LLP
4401 Eastgate Mall
San Diego, California 92121
doolinmc@cooley.com
dtilly@cooley.com
egoodsell@cooley.com

20

# Exhibit A

# USER AGREEMENT & PRIVACY POLICY

Last Revised: March 21, 2012

- To jump to our Privacy Policy, click here
- To opt-out of Third Party Tracking Technologies, click here
- To be removed from Condé Nast promotional mailing lists, click here
- If you have a complaint about another user, click here
- Kids and parents click here

---

**I.   Introduction**

---

**II.   Monitoring and Complaints Against Other Users**

---

**III.   Registration and Account/Profile Creation**

---

**IV.   Sensitive Information Disclaimer**

---

**V.   Rules of Usage**

---

**VI.   Privacy Policy**

---

1. **The Type of Information the Service Collects:**

    A.   The following Privacy Policy summarizes the various ways we treat personally identifiable and other information about you and your computer, mobile or other device when you access, visit and/or use the Service. This Privacy Policy does not cover information collected elsewhere, including without limitation offline and on sites, applications, destinations, or services linked to from the Service.

    B.   The Service generally collects personally identifiable information with your specific knowledge and consent. For instance, when you enter a sweepstakes or contest, complete a survey, make a purchase, subscribe to our publication(s), register for certain services, or register and/or set up an account/profile to access, visit and/or use certain portions of the Service, or the Service as a whole, you may be provided, or required to choose, a password and/or User ID, and you may provide a credit, debit, or charge card number, or other payment information, as well as your name, telephone number(s), email and/or street address, and other personally identifiable information. Other information such as your age, gender, an avatar, and the number for your mobile or other device may also be requested. In addition, you may be asked to send us similar information via messaging (e.g., email, SMS, MMS, or other technologies). All such information shall be referred to in this Privacy Policy as your "Registration Information".

    C.   Our servers may also automatically collect information about you, your online behavior and your computer, mobile or other device. The information collected may include, without limitation, the make, model, settings, specifications (e.g., CPU speed, connection speed, browser type, operating system, device identifier) and geographic location of you and/or your computer, mobile or other device, as well as date/time stamp, IP address, pages visited, time of visits, content viewed, ads viewed, the site(s), application(s), destination(s), and/or service(s) you arrived from, and other clickstream data.

    D.   If you choose to access, visit and/or use any third party social networking service(s) that may be integrated with the Service, we may receive personally identifiable information and other information about you and your computer, mobile or other device that you have made available to those services, including information about your contacts on those services. For example, some social networking services allow you to push content from our Service to your contacts or to pull information about your contacts so you can connect with them on or through our Service. Some social networking services also will facilitate your registration for our Service or enhance or personalize your experience on our Service. Your decision to use a social networking service in connection with our Service is voluntary. However, you should make sure you are comfortable with the information your third party social networking services may make available to our Service by visiting those services' privacy policies and/or modifying your privacy settings directly with those services. We reserve the right to use, transfer, assign, sell, share, and provide access to all personally identifiable information and other information about you and your computer, mobile or other device that we receive through third-party social networking services in the same ways described in this Agreement as all of your other information.

(/)

2.    **How the Service Uses and Shares Information About You:**

A.    We use personally identifiable information you supply through the Service to provide you with the merchandise, product, service, and/or Content you have requested. For example, if you subscribe to any of our publications, we may use your e-mail address to send you a confirmation notice and your mailing address to send you the publication. Similarly, if you enter an online sweepstakes, we will use this information to notify you if you are a winner. We may also use the information to communicate with you about new features, products or services, and/or to improve the services that we offer by tailoring them to your needs.

B.    Unless otherwise specified on the Service, we may sell or share information about you and your computer, mobile or other device, including without limitation your Registration Information and other personally identifiable information, with our parent, subsidiaries, and affiliates and with carefully selected companies who we think may offer services and/or products that may be of interest to you. If you do not wish to have your personally identifiable information shared with third parties, contact our Privacy Policy Coordinator as described at the end of this document. If you do not wish to receive future commercial messages from us, simply follow the unsubscribe instructions contained within the message you receive. (But note that you may continue to receive certain communications from us, such as transactional or relationship messages, and/or messages about your account/profile). If you've registered on any part of the Service, please use the mechanism or contact information on the Service that allows you to change or update your member preferences or information, if available, to keep all such data accurate and up-to-date. If no such mechanism or contact information is available on the Service, contact our Privacy Policy Coordinator as described below with your changes.

C.    We may also allow access to our database by third parties that provide us with services, such as technical maintenance, market research, community and forums management, auction services, and shopping, personal/job search and other classified ads functionality, but only for the purpose of and to the extent necessary to provide those services. And if you choose to purchase merchandise, products and/or services, including without limitation Content, on or through features on the Service, we may forward your information to third parties for services such as credit card or other payment processing, order fulfillment, credit pre-authorization, and address verification. There are also times when you provide information about yourself to us in areas of the Service that may be managed or participated in by third parties. In such cases, the information may be used by us and by such third party(ies), each pursuant to its own policies. We may also provide your information to our advertisers, so that they can serve ads to you that meet your needs or match your interests. While we may seek to require such third parties to follow appropriate privacy policies and will not authorize them to use this information except for the express purpose for which it is provided, we do not bear any responsibility for any actions or policies of these third parties.

D.    We reserve the right to access, use, and share with others your personally identifiable information for purposes of health, safety and other matters in the public interest.

E.    We may also provide access to our database in order to cooperate with official investigations or legal proceedings initiated by governmental and/or law enforcement officials, as well as private parties, including, for example, in response to subpoenas, search warrants, court orders, or other legal process.

F.    In addition, we reserve the right to use the information we collect about your computer, mobile or other device (including its geographic location), which may at times be able to identify you, for any lawful business purpose, including without limitation to help diagnose problems with our servers, to gather broad demographic information, analyze trends, track users' movements around the Service, and to otherwise administer the Service. Geographic location information about you and/or your computer, mobile or other device may specifically be used to show you content and sponsored messaging based on geographic location.

G.    We reserve the right to use, transfer, sell, and share aggregated, anonymous data about our users as a group for any lawful business purpose, such as analyzing usage trends and seeking compatible advertisers, sponsors, clients and customers.

H.    In addition, as our business changes, we may buy or sell various assets. In the event all or a portion of the assets owned or controlled by us, our parent or any subsidiary or affiliated entity are sold, assigned, transferred or acquired by another company, the information from and/or about our Service users may be among the transferred assets.

I.    We reserve the right to identify you from your Registration Information and/or to merge or co-mingle anonymous or non-personally identifiable data about you, your offline and online behavior, and/or your computer, mobile or other device (including its geographic location), with your Registration Information and/or other personally identifiable data for any lawful business purpose.

3.    **Local Device Storage and other Tracking Technologies:**

A.    The Service may place and/or store code or other types of information and/or devices (e.g., "cookies") on your computer, mobile or other device ("Local Device Storage"). We may use Local Device Storage for any lawful business purpose, including without limitation to determine which of our messages have been opened by recipients so we can gauge the effectiveness of marketing campaigns, to control the display of ads, to track usage patterns, the movements of individual users, and your geographic location, to help diagnose problems with our servers, to gather broad demographic information, to analyze trends, to conduct research, to deliver editorial content, to record registration and personalization information, and to otherwise administer the Service. For example, if you register on any part of the Service and are given the option to save your user name and password, we may provide this convenience to you via Local Device Storage. Local Device Storage may also collect and store your personally identifiable information, which may be shared with our parent, subsidiaries, and affiliates and other companies.

B.    If you do not want Local Device Storage, your computer, mobile or other device may include an option that allows you to

(/)

          not accept it. However, if you disable Local Device Storage, some portions of the Service may not function properly.

    C.    In addition to Local Device Storage, we may use web beacons, web bugs, clear gifs, and similar technologies (collectively, together with Local Device Storage, the "Tracking Technologies"). We use Tracking Technologies for all or some of the same lawful business purposes we describe above for use of Local Device Storage.

4.    **How to Opt-Out of Third Party Tracking Technologies:**

    Our advertising service vendors and other third parties may also use Tracking Technologies to serve you advertisements tailored to interests you have shown by browsing on this Service and other sites, applications, destinations, and services you have visited, and to determine whether you have seen a particular advertisement before to avoid sending you duplicate advertisements, and for other lawful business purposes. In doing so, these third parties may collect non-personally identifiable data including for example the make, model, settings, specifications (e.g., CPU speed, connection speed, browser type, operating system, device identifier) and geographic location of your computer, mobile or other device, as well as date/time stamp, IP address, pages visited, time of visits, content viewed, ads viewed, the site(s), application(s), destination(s), and/or service(s) you arrived from, and other clickstream data. The use of Tracking Technologies by third parties is subject to their own privacy policies, not this Privacy Policy, and we have no responsibility or liability in connection therewith. If you do not want the services that Tracking Technologies provide, you may be able to opt-out by visiting http://www.aboutads.info (http://www.aboutads.info).

5.    **Transfer of Information:**

    Your information may be transferred to, and maintained on, servers and databases located outside of your state, province, country or other governmental jurisdiction where the privacy laws may not be as protective as your jurisdiction. Please be advised that we may transfer your information to and from any state, province, country or other governmental jurisdiction, and process it in the United States or elsewhere. Your consent to this Privacy Policy followed by your submission of such information represents your agreement to any such transfer.

6.    **Information Security and Notification:**

    A.    Because no data transmission is completely secure, and no system of physical or electronic security is impenetrable, we cannot guarantee the security of the information you send to us or the security of our servers, networks or databases, and by using the Service you agree to assume all risk in connection with the information sent to us or collected by us when you access, visit and/or use the Service, including without limitation your personally identifiable information or other Registration Information, and we are not responsible for any loss of such information or the consequences thereof.

    B.    Moreover, if you elect to store information, such as your personally identifiable information or other Registration Information, where others may access it, we are not responsible for any loss of such information or the consequences thereof. If you lose a computer, mobile or other device, or it is stolen, that contains your personally identifiable information or other Registration Information, it is up to you to take all the steps necessary to protect yourself.

    C.    In the unlikely event that we believe that the security of your information in our possession or control may have been compromised, we may seek to notify you. If notification is appropriate, we may notify you via your computer, mobile or other device.

7.    **Kids and Parents:**

    A.    This Service is not intended for use by children, especially those under age 13. No one under age 13 is allowed to register for the Service or provide any personally identifiable information or use our social, community and public discussion areas, photo and video galleries, bulletin boards, forums, chats, blogs, personal/job search and other classified ads, and elsewhere. Minors between the ages of 13 and 17, inclusive, must get the permission of their parent(s) or legal guardian(s) before making purchases, including subscriptions, on this Service.

    B.    If your children disclose information about themselves in publicly accessible areas of the Service, they may get unsolicited messages from other parties. Accordingly, you should tell them not to do so.

    C.    If you're worried about your children's activities or their privacy on the Service, we encourage you to contact our Privacy Policy Coordinator as described below.

8.    **Notice to California Customers - Your California Privacy Rights:**

    California's "Shine the Light" law, Civil Code section 1798.83, requires certain businesses to respond to requests from California customers asking about the business' practices related to disclosing personal information to third parties for the third parties' direct marketing purposes. Alternately, such businesses may have in place a policy not to disclose personal information of customers to third parties for the third parties' direct marketing purposes if the customer has exercised an option to opt-out of such information-sharing. We have such a policy in place. As discussed above in Section 2(B), if you wish to opt-out of our sharing of your information with third parties for the third parties' direct marketing purposes or to find out more about your opt-out rights, please contact our Privacy Policy Coordinator as described below.

9.    **Privacy Policy Coordinator, Opt-Out Requests and Other Privacy Questions:**

    If you have any concerns or questions about any aspect of this policy, please feel free to contact our Privacy Policy Coordinator as follows:

    Privacy Policy Coordinator

Case 2:12-cv-00718-GHK-E   Document 31   Filed 08/17/12   Page 25 of 66   Page ID #:493

(/)

Condé Nast
1313 Market Street
Wilmington, DE 19801
Privacy_administration@condenast.com (mailto:Privacy_administration@condenast.com)

As discussed above in Section 2(B) and 8, you may opt-out of having your personally identifiable information shared with third parties for their marketing purposes. If you wish to exercise this right, please contact our Privacy Policy Coordinator and state that you want to opt-out of our sharing with third parties.

Also as discussed above in Section 2(B), if you wish to request updates or changes to your information or your preferences regarding receiving future promotional messages from us, you may contact our Privacy Policy Coordinator.

Addtionally, you may click here to be removed from our promotional mailing lists (http://www.condenastdigital.com/emailform /optOut/entry)
. If you opt-out of promotional mailings from Conde Nast, you may continue to receive certain communications from us, such as transactional or relationship messages, and/or messages about your account/profile.

**If you don't agree to the terms contained in this User Agreement and Privacy Policy, you must immediately exit the Service.**

About Us (/about-us)
Press (/press/in-the-news)
Brands/Media Kits (/brands)
CN Media Group (/media-group)
Subscribe (/subscribe)

Careers (/careers)
Contact Us (/press/press-releases-contacts)
Product Licensing (/product-licensing)
Follow Us @CondeNastCorp (http://www.twitter.com /condenastcorp)
Partnership Marketing (/partnership-marketing)

Advance Publications Inc. (http://www.advance.net)
Condé Nast International (http://www.condenastinternational.com/)
Condé Nast Store (http://www.condenaststore.com/)
The Cartoon Bank (https://cartoonbank.licensestream.com /LicenseStream /?utm_medium=referral& utm_source=CondeNast& utm_content=FooterLink)
Fairchild Fashion Media (/fairchild)
Parade (http://www.parade.com/)

Subscribe to a Magazine

Visit our Brand Sites



4 Times Square, New York, NY 10036 (http://g.co/maps/26r83) Tel (212) 286-2860

© 2012 Condé Nast. All rights reserved.
Use of this Site constitutes acceptance of our User Agreement (/privacy-policy) (effective 3/21/2012) and Privacy Policy (/privacy-policy#privacypolicy) (effective 3/21/2012).
Your California Privacy Rights (/privacy-policy#privacypolicy-california).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast.
Ad Choices (/privacy-policy#privacypolicy-optout)
Webmaster: Kirsten Berken (mailto:cnwebmaster@condenast.com)

# Exhibit B

open in browser   PRO version   Are you a developer? Try out the HTML to PDF API

CONDÉ NAST

Provocative, influential,
award-winning content.
Across brands. Across platforms. Across continents.

CONDÉ NAST DIGITAL

FAIRCHILD FASHION MEDIA

CONDÉ NAST STORE

THE CARTOON BANK

CONDÉ NAST HOME

MEDIA KITS

SUBSCRIBE

CAREERS

PRESS ROOM

Get ADOBE®
FLASH® PLAYER

**VISIT OUR SITES**

Vogue
W
WWD
Style
Glamour
Allure
Self
Nutrition Data
Teen Vogue
GQ
Details
Architectural Digest
Brides
Lucky
FN
Golf Digest
Golf World
Vanity Fair
Bon Appétit
Epicurious
Condé Nast Traveler
Concierge
Jaunted

© 2011 Condé Nast. All rights reserved. Use of this Site constitutes acceptance of our User Agreement and Privacy Policy. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast.

Hotel Chatter
Vegas Chatter
Wired
Reddit
Ars Technica
Parade
The New Yorker

open in browser PRO version

Are you a developer? Try out the HTML to PDF API

pdfcrowd.com

# Exhibit C

# User Agreement and Privacy Policy

Last Revised: August 1, 2011

To jump to our Privacy Policy, click here

To opt-out of Third Party Tracking Technologies, click here

To be removed from Condé Nast mailing lists, click here

If you have a complaint about another user, click here

Kids and parents click here

I.  INTRODUCTION
II.  MONITORING AND COMPLAINTS AGAINST OTHER USERS
III.  REGISTRATION AND ACCOUNT/PROFILE CREATION

   1.  Registration Information
   2.  Fees and Payment

IV.  SENSITIVE INFORMATION DISCLAIMER
V.  RULES OF USAGE

   1.  Use of the Service by You
   2.  Prohibitions on Use of the Service
   3.  Comments on the Service are not Necessarily Endorsed by Us
   4.  Use of Content Supplied by You
   5.  Editing, Additions, and Deletions
   6.  Copyright Complaints
   7.  Merchandise, Products and/or Services Available on or through the Service
   8.  Indemnification
   9.  Disclaimer of Warranty and Limitation of Liability
   10.  Termination or Suspension of the Service, Your Use of the Service, and/or the Agreement

open in browser    PRO version    Are you a developer? Try out the HTML to PDF API

pdfcrowd.com

11. Communications to You
12. Associated Press
13. Mobile Participants
14. Disputes and Jurisdiction
15. General

VI. PRIVACY POLICY
1. The Type of Information the Service Collects
2. How the Service Uses Information About You
3. Local Device Storage and other Tracking Technologies
4. How to Opt-Out of Third Party Tracking Technologies
5. Transfer of Information
6. Information Security and Notification
7. Kids and Parents
8. Privacy Policy Coordinator

I. **INTRODUCTION**

This User Agreement and Privacy Policy governs each website, mobile site, application, and/or other service, regardless of how distributed, transmitted, published, or broadcast (each, a "Service") provided by Condé Nast, its parent, subsidiaries and/or affiliates ("we," "us," or "our") that links to this User Agreement and Privacy Policy, which is binding on all those who access, visit and/or use the Service, whether acting as an individual or on behalf of an entity, including you and all persons, entities, or digital engines of any kind that harvest, crawl, index, scrape, spider, or mine digital content by an automated or manual process or otherwise (collectively, "you" or "your").

Please read this User Agreement and Privacy Policy carefully. You can access this User Agreement and Privacy Policy any time in the footer of the Service's home page or initial screen. **Your access, visitation and/or use of the Service, including without limitation any registration on any aspect of the Service, will constitute your agreement to this User Agreement and Privacy Policy.** If you do not agree with the terms and conditions of this User Agreement and Privacy Policy, you may not access, visit and/or use the

open in browser PRO version Are you a developer? Try out the HTML to PDF API

open in browser PRO version   Are you a developer? Try out the HTML to PDF API

Service.

The User Agreement and Privacy Policy may be modified from time to time; the date of the most recent revisions will appear on this page, so check back often. Continued access of the Service by you will constitute your acceptance of any changes or revisions to the User Agreement and Privacy Policy.

If you breach, violate, fail to follow, or act inconsistently with the rules, restrictions, limitations, terms and/or conditions that apply to the Service, whether listed in this User Agreement and Privacy Policy, posted at various points in the Service, or otherwise communicated to users of the Service (collectively, the "Agreement"), we may terminate, discontinue, suspend, and/or restrict your account/profile, your ability to access, visit, and/or use the Service or any portion thereof, and/or the Agreement, including without limitation any of our purported obligations hereunder, with or without notice, in addition to our other remedies. In addition, we may curtail, restrict, or refuse to provide you with any future access, visitation, and/or use of the Service. We reserve the right, in addition to our other remedies, to take any technical, legal, and/or other action(s) that we deem necessary and/or appropriate, with or without notice, to prevent violations and enforce the Agreement and remediate any purported violations. You acknowledge and agree that we have the right hereunder to an injunction without posting a bond to stop or prevent a breach or violation of your obligations under the Agreement.

In the event of any conflict or inconsistency between the terms and conditions of this User Agreement and Privacy Policy, and any rules, restrictions, limitations, terms and/or conditions that may be posted at various points in the Service or otherwise communicated to users of the Service, we shall determine which rules, restrictions, limitations, terms and/or conditions shall control and prevail in our sole discretion, and you specifically waive any right to challenge or dispute such determination.

Among other things, the Agreement governs all text, articles, photographs, images, graphics, illustrations, creative, copy, artwork, video, audio, music, podcasts, ringtones, games, trademarks, trade names, service marks, and other brand identifiers, designs, plans, software, source and object code, algorithms, data, statistics, analysis, formulas, indexes, registries, repositories, and all other content, information, and materials (collectively, "Content") available on or through the Service, whether posted, uploaded, transmitted, sent or

pdfcrowd.com

open in browser PRO version    Are you a developer? Try out the HTML to PDF API

otherwise made available by us, our licensors, vendors, and/or service providers, or by you, and/or other users or third parties, including any such Content uploaded manually or bookmarked by you and/or other users.

## II.   MONITORING AND COMPLAINTS AGAINST OTHER USERS

### 1.   Monitoring

We strive to provide an enjoyable online experience for our users, so we may monitor activity on the Service, including in the social, community and public discussion areas, photo and video galleries, bulletin boards, forums, chats, blogs, personal/job search and other classified ads, and elsewhere, to foster compliance with the Agreement. You hereby specifically agree to such monitoring. Nevertheless, we do not make any representations, warranties or guarantees that: (1) the Service, or any portion thereof, will be monitored for accuracy or unacceptable use, (2) apparent statements of fact will be authenticated, or (3) we will take any specific action (or any action at all) in the event of a challenge or dispute regarding compliance or non-compliance with the Agreement. We generally do not pre-screen Content before it is posted, uploaded, transmitted, sent or otherwise made available on or through the Service by users, so you may be exposed to Content that is opinionated, offensive, and/or inappropriate, including Content that violates the Agreement.

### 2.   What to Do if You Have a Complaint Against Another User

A.   Remember that by using the publicly accessible portions of our Service you may be exposed to Content that is opinionated, offensive, and/or inappropriate, including Content that violates the Agreement, but not all of such Content is actionable. We ask that you not use the Service, or lodge complaints against other users, to facilitate a personal dispute. If you have a legitimate complaint about another user, please do the following:

- ■  Harassment. If you have reason to believe that another person is using the Service in a way that is harmful to you (e.g., to impersonate or imitate you, or to stalk, bully, threaten, intimidate or otherwise harass you), we urge you to contact your local authorities, or appropriate state

open in browser   PRO version   Are you a developer? Try out the HTML to PDF API

or federal agencies.

■ Copyright Complaints: If you have reason to believe that your Content has been copied and/or is accessible on the Service in a way that constitutes copyright infringement, or that the Service contains links or other references to another site, application, destination or service that contains Content or activity that infringes your copyright rights, you may notify us as described below in the section entitled Copyright Complaints.

■ CyberCrime: If you have reason to believe you may be the victim of an online crime, such as identity theft, fraud, infringement, or hacking, you may contact the Internet Crime Complaint Center, at www.ic3.gov, a partnership between the Federal Bureau of Investigation (FBI), the National White Collar Crime Center (NW3C), and the Bureau of Justice Assistance (BJA).

B. **IMPORTANT:** FALSE OR INACCURATE ACCUSATIONS THAT OTHERS HAVE COMMITTED A CRIME, INAPPROPRIATE ACT, OR VIOLATION OF THIS AGREEMENT, COULD BE A VIOLATION OF CRIMINAL AND/OR CIVIL LAW, OR OTHERWISE EXPOSE YOU TO LIABILITY FOR DAMAGES (INCLUDING COSTS AND ATTORNEYS' FEES).

III. **REGISTRATION AND ACCOUNT/PROFILE CREATION**

1. **Registration Information:**

A. We may at times require that you register for certain products and/or services, and/or to make purchases, or register and/or set up an account/profile to access, visit and/or use certain portions of the Service, or the Service as a whole, in which case you may be provided, or required to choose, a password and/or User ID, and you may provide a credit, debit, or charge card number, or other payment information, as well as your name, telephone number(s), email and/or street address, and other personally identifiable information. Other information such as your age, gender, an avatar, and the number for your mobile or other device may also be requested. In addition, you may be asked to send us similar information via messaging (e.g., email, SMS, MMS, or other

technologies). All such information shall be referred to in the Agreement as your "Registration Information". We may use and share your Registration Information as described in our Privacy Policy.

B. You agree, represent, warrant, and guarantee that all Registration Information provided by you is true, accurate, complete, up-to-date, and solely yours. You may not impersonate, imitate or pretend to be somebody else when registering and/or setting up an account/profile on the Service. If any of your Registration Information changes, you must update it promptly by using the mechanism or contact information on the Service that allows you to change or update your Registration Information, if available. If no such mechanism or contact information is available on the Service, please notify our Privacy Policy Coordinator as described in our Privacy Policy. WE AND OUR INDEMNITEES (AS DEFINED BELOW), SHALL HAVE NO LIABILITY ASSOCIATED WITH OR ARISING FROM YOUR FAILURE TO MAINTAIN ACCURATE, COMPLETE OR UP-TO-DATE REGISTRATION INFORMATION, INCLUDING WITHOUT LIMITATION YOUR FAILURE TO RECEIVE CRITICAL INFORMATION. NEITHER WE NOR OUR INDEMNITEES SHALL BE RESPONSIBLE FOR VERIFYING YOUR REGISTRATION INFORMATION.

C. We reserve the right at any time, with or without notice, to remove or require a change to or repossess any password and/or User ID that has been provided to you, any avatar you may be using or other Registration Information, or otherwise change the access means or methods for portions of the Service, the Service as a whole, or certain products and/or services.

D. You will be solely responsible for maintaining the confidentiality of your Registration Information. You may not authorize or permit anyone else to access and/or use your Registration Information, or access, visit and/or use the Service by use of your account/profile and/or Registration Information. You may not access and/or use anyone else's Registration Information, or access, visit and/or use the Service by use of anyone else's account/profile and/or Registration Information. You may not sub-license, transfer, sell, rent or assign your Registration Information to any third party without our written approval. Any attempt to do so will be null and void and shall be considered a material breach of the Agreement.

E. You are solely responsible for all access or visitation to, usage of, or activity on, your account/profile including, but not limited to, use of the account/profile by any person who uses your Registration Information, with or without authorization, or who has access to any computer, mobile or other device on which your account/profile resides or is accessible. You acknowledge and agree that we may, and you specifically authorize us to, process all transactions, including without limitation purchases and/or registration for additional merchandise, products and/or services, including without limitation Content, that are initiated by use of your Registration Information.

F. If you have reason to believe that your account/profile is no longer secure (for example, in the event of a loss, theft or unauthorized disclosure or use of your Registration Information), you must immediately change the affected Registration Information by using the mechanism or contact information on the Service, if available, and/or close the account/profile. If no such mechanism or contact information is available on the Service, please immediately notify our Privacy Policy Coordinator as described in our Privacy Policy.

2. **Fees and Payments:**

A. We and our licensors, vendors, and/or service providers may charge you fees for merchandise, products and/or services, including without limitation Content, offered for sale, rental or auction on or through the Service, and/or for access to portions of the Service or the Service as a whole. You agree to pay all fees and charges, including applicable taxes and surcharges, incurred through your activity on or through the Service and/or through your account/profile at the rates in effect for the billing period in which such fees and charges are incurred (such fees, charges, taxes, and surcharges shall collectively be referred to as "Fees"). Unless otherwise specified on the Service, all Fees will be quoted and charged in U.S. dollars. We and our licensors, vendors, and/or service providers reserve the right to change the amount of, or basis for determining, any Fees, and to institute new Fees, effective upon publication of such revised pricing on the Service.

B. If you submit a credit, debit, or charge card number, or other payment information to us upon registration, at the time of purchase, or otherwise, you authorize, give us permission, and direct us

open in browser PRO version   Are you a developer? Try out the HTML to PDF API

to retain such information and to charge all Fees to such payment method.

C.   We may charge Fees in advance and on a daily, monthly, yearly, lump sum, or other basis. Fees for certain merchandise, products and/or services, including without limitation Content, may be invoiced on your mobile carrier's bill. We may, in our sole discretion, charge Fees to your designated payment method individually, or elect to aggregate Fees for some or all of your purchases. All Fees are due promptly and are non-refundable. You must notify us about any billing problems or discrepancy within thirty (30) days after they first appear on your statement; otherwise, you waive any right to challenge or dispute such problem or discrepancy.

D.   If Fees cannot be charged to the payment method you designate, or payment is returned to us for any reason, including charge back, we reserve the right, in addition to our other remedies, to: (i) demand immediate payment of all outstanding Fees due to us from you; (ii) assess an additional 1.5 percent late charge, or the highest amount allowed by law, whichever is lower; (iii) take any and all lawful steps necessary to collect Fees owed to us, and you will be responsible for all costs and expenses incurred in connection with such collection activity, including collection fees, court costs, and attorneys' fees; (iv) charge such Fees to any other payment method you have on file with us; and (v) terminate, discontinue, suspend, and/or restrict your account/profile, your ability to access, visit and/or use the Service or any portion thereof, and/or the Agreement, including without limitation any of our purported obligations hereunder.

E.   In addition, you are responsible for obtaining and maintaining at your own expense all equipment, hardware, software, and telephone, mobile, wireless, Internet and other services necessary to access, visit and/or use the Service. If you are accessing the Service via a mobile device, your mobile carrier may charge you fees for data, text messaging, and other mobile access or communications services.

IV.   **SENSITIVE INFORMATION DISCLAIMER**

1.   While you may freely discuss topics of interest to you, and the Service may include general Content

## V. **RULES OF USAGE:**

1. **Use of the Service by You:**

   A. The Service is not intended for users under the age of 13, and we do not knowingly collect personally identifiable information from users under the age of 13. Such users are expressly prohibited from registering for the Service or submitting their personally identifiable information to us, and from using portions of the Service for which registration is required, such as our social, community and public discussion areas, photo and video galleries, bulletin boards, forums, chats, blogs, personal/job search and other classified ads, contests/sweepstakes, and elsewhere.

   B. You shall ensure that all equipment, hardware, software, products and/or services you use to

2. THE CONTENT AVAILABLE ON OR THROUGH THIS SERVICE IS IN NO WAY INTENDED TO AND SHALL NOT BE CONSTRUED TO: (A) CONSTITUTE PROFESSIONAL MEDICAL, HEALTH, LEGAL, TAX, OR FINANCIAL ADVICE; (B) RECOMMEND, ENDORSE, OR ADVISE REGARDING ANY FINANCIAL INSTRUMENT OR INVESTMENT STRATEGY; OR (C) DIAGNOSE, CURE, OR TREAT ANY MEDICAL, HEALTH OR OTHER CONDITION. ALWAYS SEEK THE ADVICE OF A QUALIFIED PROFESSIONAL. FOR EXAMPLE, SEEK THE ADVICE OF YOUR PHYSICIAN OR OTHER QUALIFIED HEALTH PROVIDER PRIOR TO STARTING ANY NEW DIET AND ASK YOUR DOCTOR ANY QUESTIONS YOU MAY HAVE REGARDING A MEDICAL CONDITION. IN ADDITION TO ALL OTHER LIMITATIONS AND DISCLAIMERS IN THE AGREEMENT, WE AND OUR LICENSORS, VENDORS, AND/OR SERVICE PROVIDERS DISCLAIM ANY LIABILITY OR LOSS IN CONNECTION WITH THE CONTENT OBTAINED ON OR THROUGH THIS SERVICE.

relating to a range of topics, including medical, health, legal, tax, or financial issues, you should not rely on the Service for individual advice on such issues. Instead, we recommend that you talk in person with a qualified professional. You alone will bear the sole responsibility for evaluating the merits and/or risks associated with use of Content obtained on or through this Service before making any decisions based on such Content.

open in browser   PRO version   Are you a developer? Try out the HTML to PDF API   pdfcrowd.com

access, visit, or use the Service does not disturb or interfere with our operation of the Service, or impede or interfere with others' access, visitation and/or use of the Service. We reserve the right, in addition to our other remedies, with or without notice, to immediately disconnect from the Service any equipment, hardware, software, product and/or services causing interference with us, our licensors, vendors, service providers, the Service or any Content.

C. If you provide to us the number for a mobile or other device, or we obtain the device identifier for a device you are using, you agree, represent, warrant, and guarantee that such device is registered in your name and owned by you, or that you have permission of the device owner(s).

D. Unless otherwise specified, the Service is intended for your personal, non-commercial use only. You are solely responsible for all usage of, or activities on, the Service by you and by those you authorize or allow to use, or provide access to, the Service, for example, by authorizing or allowing access to your account/profile or any computer, mobile or other device on which the Service resides or is accessible.

E. You acknowledge that we have not reviewed and do not necessarily endorse the Content of sites, applications, destinations or services linked to or accessible from this Service and are not responsible for the Content or actions of any other sites, applications, destinations or services. Your linking to or accessing any other site, application, destination or service is at your sole risk.

F. You must comply with all local, state, federal, provincial, national, international, and foreign laws, rules, and regulations in accessing and using the Service, and will immediately notify us if you learn of or suspect a security breach or any illegal activity in connection with the Service.

G. You must comply with all applicable import and export control laws, rules, and regulations of the United States and other countries, and you must not transfer, by electronic transmission or otherwise, any Content subject to restrictions under such laws, rules, or regulations to a site, application, destination, location, person or entity, or for an end use, prohibited thereby. You will not post, upload, transmit, send or otherwise make available any Content on or through the Service

open in browser PRO version Are you a developer? Try out the HTML to PDF API

open in browser PRO version   Are you a developer? Try out the HTML to PDF API

that cannot be exported without prior government authorization or notification, including without limitation certain types of encryption software.

H.   You represent and warrant that (i) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country; and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties.

I.   Content that is provided by us, our licensors, vendors and/or service providers, including without limitation photos, images, text, music, audio, videos, podcasts, trademarks, trade names, service marks and other brand identifiers, the organization, design, compilation, and "look and feel" of the Service, and all advertising thereon, is protected by local, state, federal, provincial, national, international, and foreign copyright, trademark and other intellectual property laws, rules, and regulations, and is the property of us or our licensors, vendors and/or service providers.

J.   Certain Content may be made available to you on or through the Service for download, installation, and/or streaming on your computer, mobile or other device, and via Real Simple Syndication (RSS), such as photos, images, text, music, audio, videos, podcasts, ringtones, games, graphics, or software. Such Content is subject to the same terms, conditions, limitations and restrictions applicable to all Content provided by us, our licensors, vendors and/or service providers. You must, in addition to all of your other obligations, use such Content only to the extent expressly authorized for the particular Content, and you may not use such Content in a manner that exceeds such authorization.

## 2. Prohibitions on Use of the Service:

A.   Absent explicit prior written consent in certain situations, you may not, nor may you allow, enable, authorize, instruct, encourage, assist, suggest, inform, or promote that others, directly or indirectly, do any of the following for any reason:

pdfcrowd.com

- access and/or use anyone else's Registration Information, or access, visit and/or use the Service by use of anyone else's account/profile and/or Registration Information;

- make any commercial, advertising, promotional, or marketing use of the Service and/or Content, including without limitation the photos, images, text, music, audio, videos, podcasts, trademarks, trade names, service marks and other brand identifiers of us, our licensors, vendors, and/or service providers obtained on or through the Service, except as permitted by the Copyright Act or other law or as expressly permitted in writing by the Agreement, us or the Service;

- impersonate, imitate or pretend to be somebody else, by setting up different accounts/profiles or otherwise, or falsely state, represent, or imply any affiliation, association, or connection with a person or entity when using the Service;

- authorize or permit anyone else to access and/or use your Registration Information, or access, visit and/or use the Service by use of your account/profile and/or Registration Information;

- falsely state, represent, or imply any affiliation, association, or connection between any person or entity, including without limitation you, your company, or your site, application, destination or service, with the Service, us, or our licensors, vendors and/or service providers;

- post, upload, transmit, send or otherwise make available on or through the Service any Content that constitutes junk mail, spam, pyramid schemes, chain letters, phishing, advertising, and/or commercial offers, including without limitation touting or recommending any stocks or particular security, portfolio of securities, transaction or investment strategy;

- repeatedly post, upload, transmit, send or otherwise make available on or through the Service the same Content multiple times in a day, week, or month;

open in browser PRO version    Are you a developer? Try out the HTML to PDF API    pdfcrowd.com

open in browser PRO version

Are you a developer? Try out the HTML to PDF API

- post, upload, transmit, send, or otherwise make available on or through the Service any unsolicited bulk communication;

- use any bots, cheats, macros, scripts, or run Maillist, Listserv or any form of auto-responder, or use any other automated process, or engage in meta-searching or periodic caching of information, to access, visit and/or use the Service, including without limitation to

- copy, harvest, crawl, index, scrape, spider, mine, gather, extract, compile, obtain, aggregate, capture, or store any Content, including without limitation photos, images, text, music, audio, videos, podcasts, data, software, source or object code, algorithms, statistics, analysis, formulas, indexes, registries, repositories, or any other information available on or through the Service, including by an automated or manual process or otherwise, if we have taken steps to forbid, prohibit, or prevent you from doing so;

- engage in personal attacks, use any language that is, or post, upload, transmit, send or otherwise make available on or through the Service any Content about an individual that is, abusive, intimidating, bullying, harassing, hateful, violent, or that victimizes, degrades, defiles or disparages an individual, on or through the Service;

- use any language that is, or post, upload, transmit, send or otherwise make available on or through the Service any Content about a group that is, hateful, violent, or that victimizes, degrades, defiles or disparages any group based on race, gender, religion, national origin, disability, sexual orientation, or age, or otherwise engage in what we deem to be racism, sexism, ageism, religious intolerance, bigotry, ethnic slurs, or homophobia;

- use any language, or post, upload, transmit, send or otherwise make available on or through the Service any Content that may or is intended to enable, authorize, instruct, encourage, assist, suggest, or promote activities that incite violence, constitute a criminal offense, give rise to civil liability, or otherwise violate any local, state, federal, provincial, national, international, or foreign law, rule or regulation (e.g., drug use, underage drinking), including

pdfcrowd.com

without limitation defamation, child pornography, fraud, or invasion of privacy;

■ stalk others on or through the Service, or using information obtained on or through the Service, or otherwise contact other users in the physical world without their permission using information obtained on or through the Service;

■ use any language that is, or post, upload, transmit, send or otherwise make available on or through the Service any Content that is, or depicts anyone engaged in any act deemed by us to be, pornographic, obscene, sexually explicit, perverse, illicit, indecent, lewd, or lascivious;

■ engage in "cyber-sex" (i.e., "virtual sex") or "sexting" or solicit another to participate in "cyber-sex" or "sexting" on or through the Service;

■ use any language, or post, upload, transmit, send or otherwise make available on or through the Service any Content that we deem to be offensive, immoral, vulgar, crude, harmful,

■ post, upload, transmit, send or otherwise make available on or through the Service any Content that you are bound to not disclose, by agreement, contract, fiduciary duty, employment relationship, or otherwise, such as insider information, proprietary and/or confidential information, or trade secrets;

■ provide professional advice or post, upload, transmit, send or otherwise make available on or through the Service any Content intended to provide professional advice about medical, health, legal, tax, financial, or investment issues, or to solicit, recommend, or endorse any securities or financial instruments, or suggest that a particular transaction or investment strategy is suitable for you or any specific person;

■ discuss the mechanics of sweepstakes, contests, auctions, flash sales or similar promotions available on or through the Service, or attempt to manipulate, corrupt or otherwise affect the outcome of, any such promotions, or post, upload, transmit, send, or otherwise make available on or through the Service any Content that may or is intended to enable, authorize,

open in browser PRO version   Are you a developer? Try out the HTML to PDF API   pdfcrowd.com

open in browser PRO version

Are you a developer? Try out the HTML to PDF API

instruct, encourage, assist, suggest, inform, or promote activities that may subvert or not comply with the rules, restrictions, and/or limitations applicable to such promotions;

■ post, upload, transmit, send, or otherwise make available on or through the Service any Content that illustrates, depicts anyone engaged in, or is intended to enable, authorize, encourage, assist, suggest, inform, promote or give instructions for weapon and/or explosive manufacture or use;

■ post, upload, transmit, send or otherwise make available on or through the Service any Content that infringes, violates, or breaches the copyright, trademark, trade secret or any other personal or proprietary right of us, our licensors, vendors, service providers, other users, and/or any third party;

■ copy, reproduce, modify, change, edit, crop, alter, revise, adapt, translate, enhance, reformat, remix, rearrange, resize, create derivative works of, move, remove, delete, or erase any copyright, trademark, or other proprietary legends, symbols, marks, or notices on the Service, or attempt to circumvent any mechanisms for preventing the unauthorized reproduction or distribution of Content;

■ copy, reproduce, modify, change, edit, crop, alter, revise, adapt, translate, enhance, reformat, remix, rearrange, resize, create derivative works of, move, remove, delete, erase, reverse engineer, decipher, decompile, disassemble, store, cache, aggregate, publish, post, display, distribute, broadcast, perform, transmit, rent, sell, share, sublicense, syndicate, or otherwise provide to others, or use any Content obtained on or through the Service, in whole or in part, except as permitted by the Copyright Act or other law or as expressly permitted in writing by the Agreement, us or the Service;

■ copy, reproduce, modify, change, edit, crop, alter, revise, adapt, translate, enhance, reformat, remix, rearrange, resize, create derivative works of, move, remove, delete, erase, reverse engineer, decipher, decompile, disassemble, or otherwise attempt to derive any source

code or underlying ideas or algorithms of the Service, in whole or in part, including without limitation any Content, communications, messaging, programming, hardware, functionality, or features on our networks, servers or databases, or otherwise reduce the Service, in whole or in part, to a human perceivable form;

■ access, other than connecting to our servers by http requests using a browser, or disrupt, overwhelm, attack, hack, destroy, damage, disable, impair, repossess, alter, tamper or interfere with, the Service including without limitation any Content, communications, messaging, programming, hardware, functionality, or features on our networks, servers or databases, or impede or interfere with others' access, visitation, and/or use of the Service, in any way or by any means, whether remotely or by access to our personal property, premises, or otherwise, including, without limitation, by using administrator passwords or by masquerading as an administrator while using the Service or otherwise; or

■ post, upload, transmit, send or otherwise make available on or through the Service any software disabling devices, time bombs, Trojan horses, cancelbots, viruses, worms, bugs, corrupted files, spyware, adware, malware, malicious programs or code, or devices or defects of similar nature.

B. CAUTION: ANY ATTEMPT TO DO ANY OF THE FOREGOING PROHIBITED ACTS, OR TO OTHERWISE UNDERMINE THE OPERATION OF THE SERVICE, MAY BE A VIOLATION OF CRIMINAL AND CIVIL LAW. SHOULD SUCH AN ATTEMPT BE MADE, WE RESERVE THE RIGHT, IN ADDITION TO OUR OTHER REMEDIES, TO SEEK DAMAGES (INCLUDING WITHOUT LIMITATION ATTORNEYS' FEES) FROM ANY SUCH INDIVIDUAL OR ENTITY TO THE FULLEST EXTENT PERMITTED BY LAW, INCLUDING CRIMINAL PROSECUTION.

3. **Comments on the Service are Not Necessarily Endorsed by Us:**

We do not necessarily endorse, support, sanction, encourage, verify, or agree with the comments, opinions, or statements posted, uploaded, transmitted, sent or otherwise made available on or through

open in browser PRO version    Are you a developer? Try out the HTML to PDF API

4. **Use of Content Supplied by You:**

A. To learn about our use of information about you and your computer, mobile or other device that may be collected in connection with your access, visitation and/or use of the Service, please see our Privacy Policy.

B. Except as expressly provided otherwise in the Agreement, you or the owner of any Content you post, upload, transmit, send or otherwise make available on or through the Service retains ownership of all rights, title, and interests in such Content. However, by posting, uploading, transmitting, sending or otherwise making available Content, registering for the Service, entering a sweepstakes or contest, or engaging in any other form of communication with us (on or through the Service or otherwise) you irrevocably grant us a royalty-free, perpetual, non-exclusive, unrestricted, worldwide right and license to copy, reproduce, modify, edit, crop, alter, revise, adapt, translate, enhance, reformat, remix, rearrange, resize, create derivative works of, move, remove, delete, erase, reverse-engineer, store, cache, aggregate, publish, post, display, distribute, broadcast, perform, transmit, rent, sell, share, sublicense, syndicate, or otherwise provide to others, use, or change all such Content and communications, in any medium (now in existence or hereinafter developed) and for any purpose, including commercial purposes, and to authorize others to do so. Among other things, this means that we may use any ideas, suggestions, developments, and/or inventions that you post, upload, transmit, send or otherwise make available in any manner as we

the Service, including without limitation in our social, community and public discussion areas, photo and video galleries, bulletin boards, forums, chats, blogs, columns, articles, personal/job search and other classified ads, contests/sweepstakes, or elsewhere. Any Content posted, uploaded, transmitted, sent or otherwise made available on or through the Service, including advice and opinions, are the views and responsibility of those who post the Content and do not necessarily represent our views or the views of our licensors, vendors, and/or service providers. You agree that we and our licensors, vendors, and/or service providers are not responsible, and shall have no liability to you, with respect to any Content posted, uploaded, transmitted, sent or otherwise made available on the Service, including Content that violates the Agreement.

pdfcrowd.com

open in browser PRO version Are you a developer? Try out the HTML to PDF API

see fit without any compensation or attribution to you. In any event, you should make copies of or otherwise back-up any and all Content, personal data or communications you post, upload, transmit, send or otherwise make available on or through the Service that you may wish to retain.

C.   Please be aware that Content you disclose in publicly accessible portions of the Service may be available to other users, so you should be mindful of personally identifiable information and sensitive Content you may wish to post. WE ARE NOT RESPONSIBLE FOR THE CONSEQUENCES OF CONTENT OR PERSONALLY IDENTIFIABLE INFORMATION YOU POST, UPLOAD, TRANSMIT, SEND OR OTHERWISE MAKE AVAILABLE ON THE SERVICE.

5.   **Editing, Additions and Deletions:**

We reserve the right, but undertake no duty, in our sole discretion, with or without notice, to review, edit, move, add, delete, or otherwise change any features, functionality, and/or Content available on or through, or downloadable from, the Service, including without limitation any Content in your account/profile, or any of your messages, posts, or threads. This includes updates or upgrades to Content, automatic or otherwise. You agree to accept, and to take no action to interfere with, automatic upgrades or updates. Any changes to the Service may not be consistent across all platforms, computers, or devices. If you do not refresh the Service after each such change, or download the update(s) or upgrade(s), your experience may not reflect the most recent features, functionality, and/or Content, for which we and our Indemnitees disclaim any and all responsibility and liability. If any changes require you to obtain new, additional, or different equipment, hardware, software, and/or telephone, mobile, wireless, Internet and/or other services, you are solely responsible for any additional expense. Even after Content is removed from your account/profile, your messages, post(s), and/or threads, regardless of whether such removal or deletion is by you or by us, copies of that Content may be retained and/or remain viewable by us, our licensors, vendors, service providers and/or other third parties, including other users.

6.   **Copyright Complaints:**

A.   We respect the intellectual property of others, and we ask our users to do the same. We may, in

pdfcrowd.com

appropriate circumstances and at our discretion, in addition to our other remedies, terminate, discontinue, suspend and/or restrict the account/profile or ability to access, visit, and/or use the Service of users who infringe the copyright rights of others, and we may choose to remove, delete, erase, or disable access to Content deemed to be infringing. It is our policy to terminate the access of repeat infringers.

B. If you have reason to believe that your Content has been copied and/or is accessible on the Service in a way that constitutes copyright infringement, or that the Service contains links or other references to another site, application, destination or service that contains Content or activity that infringes your copyright rights, you may notify us by providing a document via fax, first class U.S. mail, or e-mail that includes the following information (as required by the Online Copyright Infringement Liability Limitation Act of the Digital Millennium Copyright Act, 17 U.S.C. sec. 512) to our copyright agent set forth below:

i.   A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

ii.  Identification of the copyrighted work claimed to have been infringed, or if multiple copyrighted works at the Service are covered by a single notification, a representative list of such works at the Service;

iii. Identification of the copyrighted work that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate such copyrighted work;

iv.  Information reasonably sufficient to enable us to contact the complaining party, such as an address, telephone number, and if available, an electronic mail address at which the complaining party may be contacted;

v.   A statement that the complaining party has a good faith belief that use of the copyrighted

open in browser PRO version    Are you a developer? Try out the HTML to PDF API    pdfcrowd.com

work in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

vi.  A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

C.  **IMPORTANT:** MISREPRESENTATIONS MADE IN A NOTICE CLAIMING THAT CONTENT OR ACTIVITY IS INFRINGING VIOLATES THE DIGITAL MILLENNIUM COPYRIGHT ACT AND MAY EXPOSE YOU TO LIABILITY FOR DAMAGES (INCLUDING COSTS AND ATTORNEYS' FEES). COURTS HAVE FOUND THAT YOU MUST CONSIDER COPYRIGHT DEFENSES, LIMITATIONS OR EXCEPTIONS BEFORE SENDING A NOTICE. ACCORDINGLY, IF YOU ARE NOT SURE WHETHER CONTENT RESIDING ON OUR SERVICE INFRINGES YOUR COPYRIGHT, WE SUGGEST THAT YOU FIRST CONTACT AN ATTORNEY. IN ADDITION, PLEASE DETERMINE WHETHER THE CONTENT YOU ARE SENDING A NOTICE ABOUT IS ACTUALLY RESIDING ON OUR SERVICE BEFORE SENDING THE NOTICE.

D.  **Copyright Agent:**

Jerry Birenz, Esq.
Sabin, Bermant & Gould LLP
4 Times Square, 23rd Floor
New York, NY 10036-6526

Phone: (212) 381-7057
Fax: (212) 381-7201
E-mail: copyright@sabinfirm.com

**Note: Only copyright complaints should be sent to agent. No other communications will be accepted or responded to.**

For communications on other matters, please contact us through the means described on the Service, if available (for example, in the "Contact Us" section), or if no such means are specified, contact our Privacy Policy Coordinator as described in our Privacy Policy.

open in browser PRO version   Are you a developer? Try out the HTML to PDF API

PLEASE NOTE: THE INFORMATION WE PRESENT HERE IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT LEGAL ADVICE.

7. **Merchandise, Products and/or Services Available on or through the Service:**

A. WE MAY RECEIVE A COMMISSION, FEE, AND/OR OTHER COMPENSATION ON SOME PURCHASES MADE ON, THROUGH, OR LINKED FROM THE SERVICE.

B. Nothing on the Service constitutes a binding offer to sell, rent, auction, distribute or give away merchandise, products and/or services, including without limitation Content. We reserve the right at any time after receipt of your order or bid to accept or decline such order or bid, or any portion thereof, or to not ship to particular addresses, even after your receipt of an order or bid confirmation or after you have been charged. Any prices displayed on the Service are quoted in U.S. dollars and are intended to be valid and effective only in the United States. In the event merchandise, products and/or services, including without limitation Content, are listed at an incorrect price, we have the right to refuse or cancel orders or bids placed at the incorrect price, regardless of whether the order or bid has been confirmed or you have been charged. If your order or bid is canceled by us after you have been charged, we will issue a credit. We reserve the right at any time to limit the quantities of merchandise, products and/or services, including without limitation Content, which you, your family or any group seek.

C. Images available on or through the Service of merchandise or products, including without limitation Content, may not accurately capture the actual appearance, color, look and feel, specifications, features, or functionality of such merchandise or products.

D. NEITHER WE NOR OUR INDEMNITEES (AS DEFINED BELOW) MAKE ANY REPRESENTATIONS, WARRANTIES, OR GUARANTEES WITH RESPECT TO ANY OF THE MERCHANDISE, PRODUCTS, AND/OR SERVICES, INCLUDING WITHOUT LIMITATION CONTENT, FEATURED, MENTIONED, DESCRIBED, AUCTIONED, DISTRIBUTED, GIVEN AWAY, RENTED, SOLD, OR OTHERWISE AVAILABLE ON OR THROUGH THE SERVICE. ALL

TRANSACTIONS FOR MERCHANDISE, PRODUCTS, AND/OR SERVICES, INCLUDING WITHOUT LIMITATION CONTENT, SHALL BE BETWEEN THE USER AND THE THIRD PARTY SELLER, DISTRIBUTOR, OR MANUFACTURER WITHOUT ANY INVOLVEMENT BY US OR OUR INDEMNITEES. THESE THIRD PARTIES MAY REQUIRE THAT YOU AGREE TO THEIR ADDITIONAL TERMS, CONDITIONS, CONTRACTS, AGREEMENTS, AND/OR RULES.

E.  IF YOU BID ON, PURCHASE, ORDER, OBTAIN OR RESEARCH MERCHANDISE, PRODUCTS AND/OR SERVICES, INCLUDING WITHOUT LIMITATION CONTENT, ON OR THROUGH THE SERVICE, NOTE THAT NEITHER WE NOR OUR INDEMNITEES HAVE ANY CONTROL OVER, OR ASSUME RESPONSIBILITY FOR, THE QUALITY, QUANTITY, SIZE, CHARACTER, FITNESS FOR A PARTICULAR PURPOSE, SPECIFICATIONS, FEATURES, FUNCTIONALITY, SAFETY, OR LEGALITY OF SUCH MERCHANDISE, PRODUCTS AND/OR SERVICES, THE TRUTH OR ACCURACY OF THE LISTINGS, OR THE ABILITY OF THE SELLERS TO SELL, SHIP, OR OTHERWISE PROVIDE SUCH MERCHANDISE, PRODUCTS AND/OR SERVICES.

F.  YOU AGREE THAT WE AND OUR INDEMNITEES ARE NOT RESPONSIBLE, AND SHALL HAVE NO LIABILITY TO YOU, WITH RESPECT TO MERCHANDISE, PRODUCTS, AND/OR SERVICES, INCLUDING WITHOUT LIMITATION CONTENT, FEATURED, MENTIONED, DESCRIBED, AUCTIONED, DISTRIBUTED, GIVEN AWAY, SOLD, RENTED OR OTHERWISE AVAILABLE ON OR THROUGH THE SERVICE, INCLUDING ILLEGAL, OFFENSIVE OR ILLICIT ITEMS, EVEN ITEMS THAT VIOLATE THE AGREEMENT.

8.  **Indemnification:**

You agree to indemnify, defend and hold harmless us, our licensors, vendors, service providers, and each of our and their respective officers, directors, members, employees, independent and sub-contractors, agents, representatives, successors and assigns (collectively, "Indemnitees") from and against any and all claims, disputes, demands, proceedings, cause of action, judgments, damages, liabilities, losses, costs or expense (including, but not limited to reasonable attorneys' fees) of any kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed (collectively,

open in browser PRO version   Are you a developer? Try out the HTML to PDF API

"Claims") which may arise out of or are in any way connected with your access, visitation and/or use of the Service, your Content, unauthorized use of Content obtained on or through the Service, breach or alleged breach of the Agreement, or from any of your acts or omissions in connection with the Service.

9. **Disclaimer of Warranty and Limitation of Liability:**

A. CERTAIN FEATURES, FUNCTIONALITY, AND/OR CONTENT OFFERED ON OR THROUGH THE SERVICE MAY BE HOSTED, ADMINISTERED, RUN OR OTHERWISE PARTICIPATED IN BY THIRD PARTIES, SUCH AS OUR SERVICE PROVIDERS THAT PROVIDE SOCIAL, COMMUNITY AND PUBLIC DISCUSSION AREAS, PHOTO AND VIDEO GALLERIES, BULLETIN BOARDS, FORUMS, CHATS, BLOGS, AUCTIONS, SHOPPING, AND PERSONAL/JOB SEARCH AND OTHER CLASSIFIED ADS. THESE SERVICE PROVIDERS MAY REQUIRE THAT YOU AGREE TO THEIR ADDITIONAL TERMS, CONDITIONS, CONTRACTS, AGREEMENTS AND/OR RULES. YOUR COMPLIANCE WITH ANY SUCH ADDITIONAL TERMS, CONDITIONS, CONTRACTS, AGREEMENTS AND/OR RULES IS SOLELY YOUR RESPONSIBILITY AND WILL HAVE NO EFFECT ON YOUR CONTINUING OBLIGATION TO COMPLY WITH THE AGREEMENT WHEN USING THE SERVICE. WE AND OUR INDEMNITEES SPECIFICALLY DISCLAIM ANY AND ALL LIABILITY IN CONNECTION WITH THE ACTS OR OMISSIONS OF SUCH THIRD PARTIES.

B. YOU ACKNOWLEDGE THAT YOU ARE USING THE SERVICE AT YOUR OWN RISK. THE SERVICE IS PROVIDED "AS IS", "WITH ALL FAULTS" AND ON AN "AS AVAILABLE" BASIS, AND WE AND OUR INDEMNITEES HEREBY EXPRESSLY DISCLAIM ANY AND ALL REPRESENTATIONS, WARRANTIES, AND GUARANTEES, EXPRESS AND IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF ACCURACY, RELIABILITY, TITLE, MERCHANTABILITY, NON-INFRINGEMENT, FITNESS FOR A PARTICULAR PURPOSE OR ANY OTHER WARRANTY, CONDITION, GUARANTEE OR REPRESENTATION, WHETHER ORAL, IN WRITING OR IN ELECTRONIC FORM, INCLUDING BUT NOT LIMITED TO THE ACCURACY OR COMPLETENESS OF ANY CONTENT CONTAINED THEREIN OR PROVIDED BY US OR THE SERVICE. WE AND OUR INDEMNITEES DO NOT REPRESENT, WARRANT

OR GUARANTEE THAT ACCESS TO THE SERVICE AND/OR COMMUNICATIONS OR MESSAGING FROM OR TO US OR YOU WILL BE UNINTERRUPTED, TIMELY, OR ERROR FREE, OR THAT THERE WILL BE NO FAILURES, DELAYS, INACCURACIES, ERRORS OR OMISSIONS OR LOSS OF TRANSMITTED CONTENT, OR THAT NO SOFTWARE DISABLING DEVICES, TIME BOMBS, VIRUSES, WORMS, BUGS, OR DEVICES OR DEFECTS OF SIMILAR NATURE WILL BE TRANSMITTED ON OR THROUGH THE SERVICE, AND WE AND OUR INDEMNITEES WILL NOT BE LIABLE IN THE EVENT OF ANY SUCH OCCURRENCE.

C.   WE AND OUR INDEMNITEES ARE NOT RESPONSIBLE FOR INCOMPLETE, INCORRECT, LOST, DELAYED, LATE, MISDIRECTED, GARBLED, DAMAGED, ILLEGIBLE, UNDELIVERABLE, OR INCOMPLETELY RECEIVED COMMUNICATIONS OR MESSAGING FROM OR TO US OR YOU FOR ANY REASON, INCLUDING BY REASON OF HARDWARE, SOFTWARE, BROWSER, NETWORK, COMMUNICATIONS SYSTEM FAILURE, MALFUNCTION, DELAY, OR CONGESTION, OR ANY INCOMPATIBILITY AT OUR SERVERS OR ELSEWHERE, OR FOR ANY OTHER TECHNICAL PROBLEMS, ANY FORM OF ACTIVE OR PASSIVE FILTERING BY A USER'S COMPUTER, MOBILE OR OTHER DEVICE OR ACCESS PROVIDER, INSUFFICIENT SPACE ON USER'S COMPUTER, MOBILE OR OTHER DEVICE OR ACCOUNT/PROFILE, OR ANY OTHER CAUSE OR COMBINATION THEREOF.

D.   WE AND OUR INDEMNITEES SHALL NOT BE LIABLE TO YOU OR ANY THIRD PARTIES FOR ANY DIRECT, INDIRECT, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES ALLEGEDLY SUSTAINED ARISING OUT OF THE AGREEMENT, THE SERVICE, THE SALE, PURCHASE, RECEIPT, USE OR MISUSE OF ANY MERCHANDISE, PRODUCTS AND/OR SERVICES, INCLUDING WITHOUT LIMITATION CONTENT, YOUR ABILITY OR INABILITY TO ACCESS, VISIT AND/OR USE THE SERVICE, INCLUDING DAMAGE TO YOUR COMPUTER, MOBILE OR OTHER DEVICE, OR FOR SOFTWARE DISABLING DEVICES, TIME BOMBS, VIRUSES, WORMS, BUGS, OR DEVICES OR DEFECTS OF SIMILAR NATURE ALLEGED TO HAVE BEEN OBTAINED FROM THE SERVICE, YOUR ACCESS, VISITATION, AND/OR USE OF, OR RELIANCE ON, THE SERVICE OR ANY OF THE MERCHANDISE, PRODUCTS, SERVICES AND/OR CONTENT AVAILABLE ON OR THROUGH THE SERVICE, REGARDLESS OF THE

open in browser PRO version   Are you a developer? Try out the HTML to PDF API

10. **Termination or Suspension of the Service, Your Use of the Service, and/or the Agreement:**

A. We reserve the right, in addition to our other remedies, to terminate, discontinue, suspend and/or restrict the Service, your account/profile, your ability to access, visit and/or use the Service or any portion thereof, and/or the Agreement, including without limitation any of our purported obligations hereunder, for any or no reason, with or without notice. In the event of any termination or discontinuation of your account/profile, your ability to access, visit and/or use the Service or any portion thereof, and/or the Agreement, we reserve the right, in addition to our other remedies, to reassign, and/or allow another user to use, your password and/or User ID.

B. Even if the Service, your ability to access, visit and/or use the Service or any portion thereof, and/or the Agreement is terminated, discontinued, suspended or restricted, by you or by us, we have no obligation to (but we may in our discretion) remove any Content, and therefore copies of all information with regard to your account/profile and/or Content you may have posted, uploaded, transmitted, sent or otherwise made available on or through the Service, may be retained and/or remain viewable by us, our licensors, vendors, service providers and/or other third parties,

TYPE OF CLAIM OR THE NATURE OF THE CAUSE OF ACTION, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL OUR LIABILITY TO YOU EXCEED THE TOTAL AMOUNT OF FEES PAID BY YOU DURING THE ONE MONTH PERIOD IN WHICH THE CLAIM AROSE. SOME STATES DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES OR THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. THE AGREEMENT IS NOT SUBJECT TO THE LAWS OF SUCH STATES, BUT TO THE EXTENT A CLAIM IS BROUGHT THEREIN, OUR LIABILITY AND WARRANTIES ARE LIMITED TO THE EXTENT PERMITTED BY LAW. IF YOU ARE A CALIFORNIA RESIDENT, YOU WAIVE CALIFORNIA CIVIL CODE SECTION 1542, WHICH STATES, IN PART: "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR".

pdfcrowd.com

11. **Communications to You:**

A. The communications between you and us usually use electronic means, whether you access, visit or use the Service, send us messages, or whether we post notices on the Service or communicate with you via messaging. For contractual purposes, you (a) consent to receive communications from us in electronic form; and (b) agree that all notices, documents, disclosures, and other communications that we provide to you electronically satisfy any legal requirement that such communications would satisfy if they were in writing. Your consent to receive communications and do business electronically, and your agreement to do so applies to all of your interactions and transactions with us.

B. You understand and agree that joining the Service may include receiving certain communications from us, such as transactional or relationship messages, and/or messages about your account/profile, and that these communications are considered part of your account/profile and you may not be able to opt out of receiving them without ceasing to be a registered user of the Service.

12. **Associated Press:**

By accessing this Service, you specifically acknowledge and agree that: (i) Associated Press Content shall not be published, broadcast, rewritten for broadcast or publication or redistributed directly or indirectly in any medium; (ii) no Associated Press Content nor any portion thereof may be stored in a computer, mobile or other device except for personal and non-commercial use; (iii) the Associated Press will not be held liable for any delays, inaccuracies, errors or omissions therefrom or in the transmission or delivery of all or any part thereof or for any damages arising from any of the foregoing; (iv) the Associated Press is an intended third party beneficiary of these terms and conditions and it may

including other users. Nevertheless, we have no obligation to retain, store, or provide you with any information with regard to your account/profile and/or Content you may have posted, uploaded, transmitted, sent or otherwise made available on or through the Service. All provisions of the Agreement shall survive the termination or expiration of the Agreement and/or your account/profile.

open in browser PRO version Are you a developer? Try out the HTML to PDF API pdfcrowd.com

exercise all rights and remedies available to it; and (v) the Associated Press reserves the right to audit possible unauthorized commercial use of Associated Press Content or any portion thereof at any time.

13. **Mobile Participants:**

You understand and agree that various entities unaffiliated with us make up the "mobile ecosystem" that enables you to access, visit and/or use the Service via your computer, mobile or other device, including without limitation equipment, hardware and software manufacturers and providers, telephone, mobile, wireless, and Internet network providers and carriers, and sellers or providers of Content for use with the Service (collectively, the "Mobile Participants"). We do not represent, warrant or guarantee that all portions of the Service, or the Service as a whole, can be accessed via all mobile or other devices, or via all carriers and service plans or is available in all geographic locations. THESE MOBILE PARTICIPANTS MAY REQUIRE THAT YOU AGREE TO THEIR ADDITIONAL TERMS, CONDITIONS, CONTRACTS, AGREEMENTS AND/OR RULES. YOUR COMPLIANCE WITH ANY SUCH ADDITIONAL TERMS, CONDITIONS, CONTRACTS, AGREEMENTS AND/OR RULES IS SOLELY YOUR RESPONSIBILITY AND WILL HAVE NO EFFECT ON YOUR CONTINUING OBLIGATION TO COMPLY WITH THE AGREEMENT WHEN USING THE SERVICE. WE AND OUR INDEMNITEES SPECIFICALLY DISCLAIM ANY AND ALL LIABILITY IN CONNECTION WITH THE ACTS OR OMISSIONS OF SUCH MOBILE PARTICIPANTS. We have agreements with some of these Mobile Participants that require us to make certain disclosures and pass along certain responsibilities to you. For such Mobile Participants, you specifically acknowledge and agree that: (i) the Agreement is between us and you; the Mobile Participants are not parties to the Agreement; (ii) the Mobile Participants and their parent, subsidiaries and affiliates are third party beneficiaries of the Agreement and upon your acceptance of the terms and conditions of the Agreement, the Mobile Participants will have the right (and will be deemed to have accepted the right) to enforce the Agreement against you; (iii) the license granted to you hereunder is limited to a non-transferable license to use the Service on the particular product authorized by the applicable Mobile Participant that you own or control and as permitted by such Mobile Participant's applicable usage rules; (iv) Mobile Participants have no obligation whatsoever in connection with the functionality or content of the Service, or to furnish any maintenance or support services with respect to the Service; (v) in the event of any failure of the Service to conform to any

14. **Disputes and Jurisdiction:**

A.   The Service is based in the United States. It is not designed, customized or intended for, or directed to, any other country. Those who choose to access, visit and/or use the Service do so on their own initiative and are responsible for compliance with local laws, if and to the extent local laws are applicable. We make no representation, warranty or guarantee that the Service, or any merchandise, products, services, and/or Content available on or through the Service are appropriate, available, or legal in any particular geographic location.

B.   In any dispute between us, your sole remedy is to stop using your account/profile and/or the Service, including without limitation cancelling any Fee-based services. This includes any dispute related to or arising out of: (i) rules, restrictions, limitations, terms and conditions that apply to the Service, whether listed in this User Agreement and Privacy Policy, posted at various points in the Service, or otherwise communicated to you, including our enforcement, non-enforcement, or application of any such rules; (ii) any of our policies and/or practices, including our enforcement, non-enforcement, or application of any such policies and/or practices; (iii) any Content available on or through the Service, or any edits, deletions, additions, or other changes thereto; (iv) your ability or inability to access, visit and/or use portions of the Service, or the Service as a whole, or

applicable warranty, you may be able to notify the applicable Mobile Participant to receive a refund of all or part of the amount you paid for the Service, if any (to the maximum amount permitted by applicable law, Mobile Participants will have no other warranty obligation whatsoever with respect to the Service); (vi) Mobile Participants are not responsible for addressing any claims, losses, liabilities, damages, costs or expenses by you or a third party relating to the Service or your possession, access, visitation and/or use of the Service, including without limitation (a) product liability claims; (b) any claim that the Service fails to conform to any applicable legal or regulatory requirement; and (vii) in the event of any third party claim that the Service or your possession, access, visitation and/or use of the Service, infringes such third party's intellectual property rights, Mobile Participants are not responsible for the investigation, defense, settlement and/or discharge of such claim.

protection or similar legislation; and (c) claims arising under consumer

features, functionality, and/or Content available on or through the Service; or (v) the amount, type, and/or basis for determining any Fees, any changes thereto, or additional Fees.

C.  You agree that in the event of any dispute between us, you will first contact us and make a good faith sustained effort to resolve the dispute before resorting to more formal means of resolution, including without limitation any court action. In the event of any court action, all disputes will be resolved individually, without resort to any class action, and you specifically waive your right to a trial by jury. Furthermore, you agree that any cause of action must commence within one (1) year after the underlying issue first arose; otherwise, you waive any right to bring such cause of action and such cause of action is permanently barred.

D.  You agree that, regardless of where you access, visit and/or use the Service, all issues concerning the construction, validity, interpretation and enforceability of the Agreement shall be governed and construed in accordance with the laws of the United States and New York State, without regard to any principles of conflict of laws. Any disputes that result in court action will be resolved exclusively by a state or federal court located in Manhattan, New York, and you specifically consent to the personal jurisdiction of such courts and waive any claim of forum non-conveniens. Should there be a conflict between the laws of New York and any other laws, the conflict will be resolved in favor of the laws of New York. To the extent permitted by applicable law, all judgments or awards shall be limited to actual out-of-pocket damages (excluding attorneys' fees) and shall not include any indirect, punitive, incidental and/or consequential damages.

E.  If for any reason a court of competent jurisdiction finds any provision of the Agreement, or portion thereof, to be invalid or unenforceable, that provision or portion will be enforced to the maximum extent permissible so as to effect the intent of the parties, and the remainder of the Agreement will continue to be valid and enforceable in full force and effect.

15.  **General:**

A.  We reserve the right to post, from time to time, additional rules that apply to certain portions of the

Service, or the Service as a whole. Such additional rules will be posted in the relevant portions of the Service, and are hereby incorporated into the Agreement by this reference. Your continued access, visitation and/or use of the Service constitutes your agreement to comply with these additional rules.

B.   The rules, restrictions, limitations, terms and conditions that apply to the Service, whether listed in this User Agreement and Privacy Policy, posted at various points in the Service, or otherwise communicated to you, constitutes the Agreement and entire understanding between the parties, and supersedes prior agreements between the parties, whether oral or written, with respect to the subject matter hereof. Unless explicitly stated in writing by us, any new or additional features, functionality, or Content that augment or enhance the Service, including the release of updates, upgrades, new products and/or services, shall be subject to the terms and conditions of the Agreement.

C.   Any delay or failure by us to exercise or enforce any right or provision of the Agreement will not constitute a waiver of such right or provision. No waiver by us shall have effect unless such waiver is set forth in writing, signed by us; nor shall any such waiver of any breach or default constitute a waiver of any subsequent breach or default.

D.   We may sub-license, transfer, sell or assign the Agreement, and/or any of our purported obligations hereunder, at any time to any person or entity, with or without notice. You may not sub-license, transfer, sell, or assign the Agreement at any time to any person or entity, and any attempt to do so will be null and void.

## VI.  PRIVACY POLICY

1.  **The Type of Information the Service Collects:**

A.   The following Privacy Policy summarizes the various ways we treat personally identifiable and other information about you and your computer, mobile or other device when you access, visit

and/or use the Service. This Privacy Policy does not cover information collected elsewhere, including without limitation offline and on sites, applications, destinations, or services linked to from the Service.

B.   The Service generally collects personally identifiable information with your specific knowledge and consent. For instance, when you enter a sweepstakes or contest, complete a survey, make a purchase, subscribe to our publication(s), register for certain services, or register and/or set up an account/profile to access, visit and/or use certain portions of the Service, or the Service as a whole, you may be provided, or required to choose, a password and/or User ID, and you may provide a credit, debit, or charge card number, or other payment information, as well as your name, telephone number(s), email and/or street address, and other personally identifiable information. Other information such as your age, gender, an avatar, and the number for your mobile or other device may also be requested. In addition, you may be asked to send us similar information via messaging (e.g., email, SMS, MMS, or other technologies). All such information shall be referred to in this Privacy Policy as your "Registration Information".

C.   Our servers may also automatically collect information about you, your online behavior and your computer, mobile or other device. The information collected may include, without limitation, the make, model, settings, specifications (e.g., CPU speed, connection speed, browser type, operating system, device identifier) and geographic location of you and/or your computer, mobile or other device, as well as date/time stamp, IP address, pages visited, time of visits, content viewed, ads viewed, the site(s), application(s), destination(s), and/or service(s) you arrived from, and other clickstream data.

D.   If you choose to access, visit and/or use any third party social networking service(s) that may be integrated with the Service, we may receive personally identifiable information and other information about you and your computer, mobile or other device that you have made available to those services, including information about your contacts on those services. For example, some social networking services allow you to push content from our Service to your contacts or to pull information about your contacts so you can connect with them on or through our Service. Some

2. **How the Service Uses Information About You:**

A.  We use personally identifiable information you supply through the Service to provide you with the merchandise, product, service, and/or Content you have requested. For example, if you subscribe to any of our publications, we may use your e-mail address to send you a confirmation notice and your mailing address to send you the publication. Similarly, if you enter an online sweepstakes, we will use this information to notify you if you are a winner. We may also use the information to communicate with you about new features, products or services, and/or to improve the services that we offer by tailoring them to your needs.

B.  Unless otherwise specified on the Service, we may sell or share information about you and your computer, mobile or other device, including without limitation your Registration Information and other personally identifiable information, with our parent, subsidiaries, and affiliates and with carefully selected companies who we think may offer services and/or products that may be of interest to you. If you do not wish to have your personally identifiable information shared with unaffiliated third parties, contact our Privacy Policy Coordinator as described at the end of this document. If you do not wish to receive future commercial messages from us, simply follow the unsubscribe instructions contained within the message you receive. (But note that you may continue to receive certain communications from us, such as transactional or relationship messages, and/or messages about your account/profile). If you've registered on any part of the

---

social networking services also will facilitate your registration for our Service or enhance or personalize your experience on our Service. Your decision to use a social networking service in connection with our Service is voluntary. However, you should make sure you are comfortable with the information your third party social networking services may make available to our Service by visiting those services' privacy policies and/or modifying your privacy settings directly with those services. We reserve the right to use, transfer, assign, sell, share, and provide access to all personally identifiable information and other information about you and your computer, mobile or other device that we receive through third-party social networking services in the same ways described in this Agreement as all of your other information.

open in browser PRO version   Are you a developer? Try out the HTML to PDF API   pdfcrowd.com

Service, please use the mechanism or contact information on the Service that allows you to change or update your member preferences or information, if available, to keep all such data accurate and up-to-date. If no such mechanism or contact information is available on the Service, contact our Privacy Policy Coordinator as described below with your changes.

C.   We may also allow access to our database by third parties that provide us with services, such as technical maintenance, market research, community and forums management, auction services, and shopping, personal/job search and other classified ads functionality, but only for the purpose of and to the extent necessary to provide those services. And if you choose to purchase merchandise, products and/or services, including without limitation Content, on or through features on the Service, we may forward your information to third parties for services such as credit card or other payment processing, order fulfillment, credit pre-authorization, and address verification. There are also times when you provide information about yourself to us in areas of the Service that may be managed or participated in by third parties. In such cases, the information may be used by us and by such third party(ies), each pursuant to its own policies. We may also provide your information to our advertisers, so that they can serve ads to you that meet your needs or match your interests. While we may seek to require such third parties to follow appropriate privacy policies and will not authorize them to use this information except for the express purpose for which it is provided, we do not bear any responsibility for any actions or policies of third parties.

D.   We may also provide access to our database in order to cooperate with official investigations or legal proceedings initiated by governmental and/or law enforcement officials, as well as private parties, including, for example, in response to subpoenas, search warrants, court orders, or other legal process.

E.   In addition, we reserve the right to use the information we collect about your computer, mobile or other device (including its geographic location), which may at times be able to identify you, for any lawful business purpose, including without limitation to help diagnose problems with our servers, to gather broad demographic information, analyze trends, track users' movements around the Service, and to otherwise administer the Service. Geographic location information about you

and/or your computer, mobile or other device may specifically be used to show you content and sponsored messaging based on geographic location.

F. We reserve the right to use, transfer, sell, and share aggregated, anonymous data about our users as a group for any lawful business purpose, such as analyzing usage trends and seeking compatible advertisers, sponsors, clients and customers.

G. In addition, as our business changes, we may buy or sell various assets. In the event all or a portion of the assets owned or controlled by us, our parent or any subsidiary or affiliated entity are sold, assigned, transferred or acquired by another company, the information from and/or about our Service users may be among the transferred assets.

H. We reserve the right to identify you from your Registration Information and/or to merge or co-mingle anonymous or non-personally identifiable data about you, your offline and online behavior, and/or your computer, mobile or other device (including its geographic location), with your Registration Information and/or other personally identifiable data for any lawful business purpose.

3. **Local Device Storage and other Tracking Technologies:**

A. The Service may place and/or store code or other types of information and/or devices (e.g., "cookies") on your computer, mobile or other device ("Local Device Storage"). We may use Local Device Storage for any lawful business purpose, including without limitation to determine which of our messages have been opened by recipients so we can gauge the effectiveness of marketing campaigns, to control the display of ads, to track usage patterns, the movements of individual users, and your geographic location, to help diagnose problems with our servers, to gather broad demographic information, to analyze trends, to conduct research, to deliver editorial content, to record registration and personalization information, and to otherwise administer the Service. For example, if you register on any part of the Service and are given the option to save your user name and password, we may provide this convenience to you via Local Device Storage. Local Device Storage may also collect and store your personally identifiable information, which may be shared

open in browser PRO version    Are you a developer? Try out the HTML to PDF API

with our parent, subsidiaries, and affiliates and other companies.

B. If you do not want Local Device Storage, your computer, mobile or other device may include an option that allows you to not accept it. However, if you disable Local Device Storage, some portions of the Service may not function properly.

C. In addition to Local Device Storage, we may use web beacons, web bugs, clear gifs, and similar technologies (collectively, together with Local Device Storage, the "Tracking Technologies"). We use Tracking Technologies for all or some of the same lawful business purposes we describe above for use of Local Device Storage.

4.  **How to Opt-Out of Third Party Tracking Technologies:**

Our advertising service vendors and other third parties may also use Tracking Technologies to serve you advertisements tailored to interests you have shown by browsing on this Service and other sites, applications, destinations, and services you have visited, and to determine whether you have seen a particular advertisement before to avoid sending you duplicate advertisements, and for other lawful business purposes. In doing so, these third parties may collect non-personally identifiable data including for example the make, model, settings, specifications (e.g., CPU speed, connection speed, browser type, operating system, device identifier) and geographic location of your computer, mobile or other device, as well as date/time stamp, IP address, pages visited, time of visits, content viewed, ads viewed, the site(s), application(s), destination(s), and/or service(s) you arrived from, and other clickstream data. The use of Tracking Technologies by third parties is subject to their own privacy policies, not this Privacy Policy, and we have no responsibility or liability in connection therewith. If you do not want the services that Tracking Technologies provide, you may be able to opt-out by visiting http://www.aboutads.info.

5.  **Transfer of Information:**

Your information may be transferred to, and maintained on, servers and databases located outside of your state, province, country or other governmental jurisdiction where the privacy laws may not be as

open in browser   PRO version   Are you a developer? Try out the HTML to PDF API

protective as your jurisdiction. Please be advised that we may transfer your information to and from any state, province, country or other governmental jurisdiction, and process it in the United States or elsewhere. Your consent to this Privacy Policy followed by your submission of such information represents your agreement to any such transfer.

6. **Information Security and Notification:**

A. Because no data transmission is completely secure, and no system of physical or electronic security is impenetrable, we cannot guarantee the security of the information you send to us or the security of our servers, networks or databases, and by using the Service you agree to assume all risk in connection with the information sent to us or collected by us when you access, visit and/or use the Service, including without limitation your personally identifiable information or other Registration Information, and we are not responsible for any loss of such information or the consequences thereof.

B. Moreover, if you elect to store information, such as your personally identifiable information or other Registration Information, where others may access it, we are not responsible for any loss of such information or the consequences thereof. If you lose a computer, mobile or other device, or it is stolen, that contains your personally identifiable information or other Registration Information, it is up to you to take all the steps necessary to protect yourself.

C. In the unlikely event that we believe that the security of your information in our possession or control may have been compromised, we may seek to notify you. If notification is appropriate, we may notify you via your computer, mobile or other device.

7. **Kids and Parents:**

A. This Service is not intended for use by children, especially those under age 13. No one under age 13 is allowed to register for the Service or provide any personally identifiable information or use our social, community and public discussion areas, photo and video galleries, bulletin boards,

pdfcrowd.com

open in browser PRO version   Are you a developer? Try out the HTML to PDF API

forums, chats, blogs, personal/job search and other classified ads, and elsewhere. Minors between the ages of 13 and 17, inclusive, must get the permission of their parent(s) or legal guardian(s) before making purchases, including subscriptions, on this Service.

B.   If your children disclose information about themselves in publicly accessible areas of the Service, they may get unsolicited messages from other parties. Accordingly, you should tell them not to do so.

C.   If you're worried about your children's activities or their privacy on the Service, we encourage you to contact our Privacy Policy Coordinator as described below.

8.   **Privacy Policy Coordinator:**

If you have any concerns or questions about any aspect of this policy, please feel free to contact our Privacy Policy Coordinator as follows:

Privacy Policy Coordinator
Conde Nast
1313 Market Street
Wilmington, DE 19801
Privacy_administration@condenast.com

Click here to be removed from Condé Nast mailing lists

* * * * * * * * * * * * * *

**If you don't agree to the terms contained in this User Agreement and Privacy Policy, you must immediately exit the Service.**

pdfcrowd.com