**FILED: 11/7/12**

**JS - 6**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Brian King*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>*Condé Nast Publications*,<br><br>　　　　　Defendant. | CASE NO. CV 12-719-GHK (Ex)<br><br>JUDGMENT |

　　Pursuant to the Court's November 7, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Brian King's claims against Defendant Condé Nast Publications are **DISMISSED with prejudice.**

　　**IT IS SO ORDERED**.

　　DATED: November 7, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge